# Exhibit 3

US010951563B2

# (12) United States Patent
## Srinivasan

(10) Patent No.: **US 10,951,563 B2**
(45) Date of Patent: **Mar. 16, 2021**

(54) **ENHANCING A SOCIAL MEDIA POST WITH CONTENT THAT IS RELEVANT TO THE AUDIENCE OF THE POST**

(71) Applicant: **Rovi Guides, Inc.**, San Jose, CA (US)

(72) Inventor: **Madhusudhan Srinivasan**, Bangalore (IN)

(73) Assignee: **Rovi Guides, Inc.**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/454,627**

(22) Filed: **Jun. 27, 2019**

(65) **Prior Publication Data**
US 2020/0412674 A1  Dec. 31, 2020

(51) Int. Cl.
*H04L 12/58* (2006.01)
*G06Q 50/00* (2012.01)
*G06F 3/0481* (2013.01)

(52) U.S. Cl.
CPC ............ *H04L 51/10* (2013.01); *G06F 3/0481* (2013.01); *G06Q 50/01* (2013.01); *H04L 51/32* (2013.01)

(58) **Field of Classification Search**
CPC ....... H04L 51/10; H04L 51/32; G06F 3/0481; G06Q 50/01
USPC .......................... 709/206, 217; 715/767, 802
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,392,664 B1* | 5/2002 | White | ................ | H04N 7/17318 348/552 |
| 8,903,909 B1* | 12/2014 | Marra | .................... | G06Q 50/01 709/204 |
| 2008/0040370 A1* | 2/2008 | Bosworth | ................ | H04L 67/22 |
| 2008/0040474 A1* | 2/2008 | Zuckerberg | ............ | G06Q 30/02 709/224 |
| 2008/0040673 A1* | 2/2008 | Zuckerberg | ............. | H04L 67/22 715/745 |
| 2014/0067998 A1* | 3/2014 | Garcia | .................. | G06F 3/0481 709/217 |
| 2015/0039603 A1* | 2/2015 | Alonso | ............... | G06F 16/9535 707/728 |

(Continued)

OTHER PUBLICATIONS

Nilizadeh, Shirin, Sonia Jahid, Prateek Mittal, Nikita Borisov, and Apu Kapadia. "Cachet: a decentralized architecture for privacy preserving social networking with caching." In Proceedings of the 8th international conference on Emerging networking experiments and technologies, pp. 337-348. 2012. (Year: 2012).*

*Primary Examiner* — George C Neurauter, Jr.
(74) *Attorney, Agent, or Firm* — Haley Guiliano LLP

(57) **ABSTRACT**

Systems and methods are described for enhancing a social media post with a content item. An illustrative method includes receiving a social media post; extracting, from the social media post, a first content item; identifying, in a frame of the first content item, a portion of the frame that is a non-focus portion; identifying a plurality of content items that fit within the non-focus portion; identifying a content preference of an audience of the social media post; determining an estimated length of time that the audience will view the social media post; selecting a second content item, from the plurality of content items, that matches the content preference of the audience and has a duration that does not exceed the estimated length of time; generating an enhanced social media post by overlaying the second content item onto the non-focus portion; and generating for display the enhanced social media post.

**20 Claims, 6 Drawing Sheets**



US 10,951,563 B2

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2018/0077455 A1* | 3/2018 | Abou Mahmoud | ................... H04N 21/4223 |
| 2019/0146965 A1* | 5/2019 | Zack | ................... G06F 16/9535 707/690 |
| 2020/0028924 A1* | 1/2020 | Bastide | ................... H04L 67/22 |
| 2020/0125671 A1* | 4/2020 | Li | ................... G06F 16/34 |

* cited by examiner



FIG. 1



**FIG. 2**





FIG. 3



400
402
Receive a Social Media Post
404
Extract, from the Social Media Post, a First Content Item
406
Identify, in a Frame of the First Content Item, a Portion of the Frame that is a Non-focus Portion
408
Identify a Plurality of Content Items that Fit Within the Non-focus Portion of the Frame
410
Identify a Content Preference of an Audience of the Social Media Post
412
Determine an Estimated Length of Time that the Audience will View the Social Media Post
414
Does the Plurality of Content Items Include a Given Content Item that Matches the Content Preference of the Audience and has a Duration that Does not Exceed the Estimated Length of Time ?
No
Yes
End
A

FIG. 4A



FIG. 4B



500
502
Begin Subroutine for Selecting a Content Item with which to Enhance a Social Media Post
504
Identify a Subset of a Plurality of Frames Included in a Given Content Item of a Plurality of Content Items that Include Content Matching a Content Preference of an Audience of the Social Media Post
506
Does a Segment of the Given Content Item, the Segment Including the Subset of the Plurality of Frames, have a Duration that Does not Exceed an Estimated Length of Time that the Audience will View the Social Media Post ?
No
End
Yes
508
Select the Segment as the Content Item

FIG. 5

| 1 | 2 |

# ENHANCING A SOCIAL MEDIA POST WITH CONTENT THAT IS RELEVANT TO THE AUDIENCE OF THE POST

## BACKGROUND

The present disclosure relates to modifying a portion of a social media post, and more particularly, to methods and systems for enhancing the social media post with content that is relevant to the audience of the post.

## SUMMARY

The development of social media, and particularly the ability for users to share content (e.g., still images, graphics interchange format (GIF) or similar format images, videos, etc.) with their followers on social networks, have resulted in an immense amount of content being generated and posted to such social networks every day. Much of the content generated typically has focus portions (i.e., the portion(s) of the content including the subject of the content and where the audience's attention is intended to be attracted) and non-focus portions (i.e., the portion(s) of the content that does not include the subject and/or includes the background or other objects that are not intended to draw the audience's attention). Some users, for example, social media influencers, may wish to attract more attention to their posts in order to increase their fame and/or have their posts "liked" by more followers to thereby further increase their audience. Such users may wish to add additional content that is relevant to the audience of their social media posts.

On the other side, the operators of the social networks often allow the users to create accounts and post content to the social networks free of charge. The social networks instead derive their revenue from advertisements placed on their websites and applications (apps), and/or interspersed with the posts in the users' social media feeds. While this strategy places the advertisements in front of the users, the users often just scroll or swipe past the advertisements to the posts that attract their attention. Thus, the advertisements are often ignored by the users or given less than a second of time in front of the users to attract the users' attention before being skipped.

To overcome such problems, methods and systems are described herein for enhancing a social media post with a content item. In particular, the embodiments described herein provide for receiving a social media post and extracting, from the social media post, a first content item (e.g., a still image). The methods and systems then identify, in a frame of the first content item, a portion of the frame that is a non-focus portion (e.g., a background portion), and identify a plurality of content items that fit within the non-focus portion of the frame. In order to target the added content to the audience of the social media post, the methods and systems identify a content preference of an audience of the social media post and determine an estimated length of time that the audience will view the social media post. The methods and systems then select a second content item, from the plurality of content items, that matches the content preference of the audience and has a duration that does not exceed the estimated length of time. Thereafter, the methods and systems generate an enhanced social media post by overlaying the second content item onto the non-focus portion of the frame and display the enhanced social media post.

In some embodiments, the methods and systems identify a focus portion of the frame and a background portion of the frame and select a portion of the frame that is not obscured by the focus portion of the frame as the non-focus portion of the frame. The methods and systems may further identify an object in the frame that extends beyond an edge of the frame and select a portion of the frame that includes the object as the non-focus portion of the frame. The methods and systems may also determine dimensions of the non-focus portion of the frame and identify a plurality of content items having dimensions that are the same as or smaller than the dimensions of the non-focus portion of the frame. In further embodiments, the methods and systems retrieve a list of followers of a user from whom the social media post was received, identify a content preference shared by the followers, and select the content preference shared by the followers as the content preference of the audience of the social media post. In still further embodiments, the methods and systems retrieve, for each of the followers, at least one value corresponding to a duration that a respective follower has previously viewed a social media post, calculate an average of the values, and select the average of the values as the estimated length of time that the audience will view the social media post.

The methods and systems described herein provide an improved process for identifying content that is relevant to the audience of a social media post and generating an enhanced social media post including the original content of the post and the additional content that is relevant to the audience. The process increases the efficiency of adding additional content relevant to an audience of a social media post to content included in the post, both for the user and for the computing resources needed to perform the processes described herein. To that end, the methods and systems provide for selecting additional content that is both relevant to the audience of the post and that fits into non-focus portions of the content of the post without obscuring the portion(s) of the post to which the user intended to attract the audience's attention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the disclosure will be apparent upon consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. **1** shows an illustrative scenario for enhancing the social media post with content that is relevant to the audience of the post, in accordance with some embodiments of the disclosure;

FIG. **2** shows an illustrative system for enhancing the social media post with content that is relevant to the audience of the post, in accordance with some embodiments of the disclosure;

FIG. **3** shows a diagram of illustrative devices of the system of FIG. **2**, in accordance with some embodiments of the disclosure;

FIGS. **4**A and **4**B show a flowchart of an illustrative process for enhancing the social media post with content that is relevant to the audience of the post, in accordance with some embodiments of the disclosure; and

FIG. **5** is a flowchart of a detailed illustrative process for selecting a content item with which to enhance a social media post, in accordance with some embodiments of the disclosure.

## DETAILED DESCRIPTION

FIG. **1** shows an illustrative scenario **100** for enhancing the social media post with content that is relevant to the

audience of the post. As shown in FIG. **1**, a social media post **110** includes a content item **112** and may optionally include a title **114** and message **116**. Social media post **110** further includes metadata (not shown in FIG. **1**) describing social media post **110** and/or content item **112**. For example, the metadata may include tags or identifiers describing content **112**. In the example shown in FIG. **1**, the metadata may include the tags "father," "son," "music," "violin," "lesson," and "teach." The tags may be determined based on content **112**, such as via image processing and object recognition techniques, and/or based on title **114** and message **116**. Content item **112** may be a still image, a graphics interchange format (GIF) or similar format image, a video, and/or any other type of visual content that may be included in a social media post. Content item **112** includes at least one focus portion **122** and at least one non-focus portion **124**. Focus portion **122** is a portion of content item **112** that includes the subject of the content and the area where an audience of the social media post is intended to focus their attention). Non-focus portion **124** is a portion of content item **112** that does not include the subject and/or includes the background or other objects that are not intended to draw the audience's attention.

As described further below with reference to FIGS. **4A**, **4B**, and **5**, content item **112** is enhanced by overlaying a second content item **130** onto non-focus portion **124** to generate an enhanced social media post **140**. Second content item **130** may be all or a portion of a video, a still image, an advertisement, a GIF, etc. In some embodiments, second content item **130** is a content item that is relevant to content item **112**. For example, in the illustration shown in FIG. **1**, content item **112** is video of a father and son playing violin, and second content item **130** is a video of an orchestra playing the same musical composition as the father and son. In another example (not shown in FIG. **1**), second content item **130** could be an image of the sheet music of the musical composition played by the father and son. In yet another example (not shown in FIG. **1**), second content item **130** could be an advertisement for violin lessons. In other embodiments, second content item **130** is unrelated to content item **112** and is selected purely based on the content preference of the audience of social media post **110**, as described further below.

FIG. **2** shows an illustrative system for enhancing the social media post with content that is relevant to the audience of the post. In particular, FIG. **2** shows a system **200** where a media device **210** retrieves second content item **130** and/or the metadata associated with second content item **130** from a content source **240** via a communications path **232**. Content source **240** may be any server or other computing device from which content items (such as second content item **130**) and/or related metadata associated with content items may be retrieved. For example, content source **240** may be a cloud storage platform by means of which content items are collected, stored, and distributed, and from which media device **210** may retrieve second content item **130**. In that regard, the communications path **232** may be any network or communication equipment or medium by means of which media device **210** can communicate with (e.g., submit a query to and/or retrieve data or content from) content source **240**. In one illustrative example, the communications path **232** includes devices connected via the Internet.

A content enhancement application may be implemented on any one or a combination of media device **210**, content source **240**, and/or an application server **220**, each of which may function as a stand-alone device or may be part of a network of devices. Various network configurations of devices may be implemented and are discussed in more detail below. In system **200**, there may be multiple media devices **210**, but only one is shown in FIG. **2** to avoid overcomplicating the drawing. In addition, multiple users may each utilize more than one type of media device **210** and also more than one of each type of media device **210**.

Media device **210** may be coupled to a communication network **230**. Communication network **230** may be one or more networks including the Internet, a mobile phone network, a mobile voice or data network (e.g., a 4G or LTE network), a cable network, a public switched telephone network, or other types of communication networks or combinations of communication networks. Media device **210**, content source **240**, and application server **220** may be connected to the communication network **230** via one or more communications paths **232**, such as a satellite path, a fiber-optic path, a cable path, a path that supports Internet communications (e.g., IP), free-space connections (e.g., for wireless signals), and/or any other suitable wired or wireless communications path or combination of such paths.

Although communications paths **232** are not drawn directly between media device **210** and content source **240** or application server **220**, these devices may communicate directly with each other via communications paths **232**, such as short-range point-to-point communications paths, for example USB cables, IEEE 1394 cables, wireless paths (e.g., BLUETOOTH, infrared, IEEE 802-11x, etc.), or other short-range communication via wired or wireless paths. BLUETOOTH is a certification mark owned by Bluetooth SIG, INC. The devices may also communicate with each other directly through an indirect path via communication network **230**.

System **200** may include more than one content source **240**, but only one is shown in FIG. **2** to avoid overcomplicating the drawing. Content source **240** includes a database, table, or other data structure, storing a list of each content item on content source **240**, and/or metadata associated with each content item. The metadata may include descriptions, such as tags or identifiers describing the associated content items. Content source **240**, either in the database or in a separate data structure, also stores the content items referred to in the database, or stores links (e.g., hyperlinks, addresses, credentials, etc.) to access the content items referred to in the database on a separate device or server (not shown in FIG. **2**).

The content enhancement application may be, for example, a stand-alone application implemented on media device **210** described above. For example, the content enhancement application may be implemented as software or a set of executable instructions, which may be stored in storage **308** (described below with reference to FIG. **3**) and executed by control circuitry **304** (described below with reference to FIG. **3**) of media device **210**. In some embodiments, the content enhancement application is a client/server-based application where only a client application resides on media device **210**, and a server application resides on another device, such as application server **220**. For example, the content enhancement application may be implemented partially as a client application on control circuitry **304** of media device **210** and partially on application server **220** as a server application running on control circuitry **304** of application server **220**. When executed by control circuitry **304** of application server **220**, the content enhancement application may instruct control circuitry **304** of media device **210** to transmit content item **112** and/or social media post **110** to application server **220**, which then

identifies a position of non-focus portion **124** within a frame of content item **112**, determines the dimensions of non-focus portion **124**, and transmits the identified position and dimensions of non-focus portion **124** back to media device **210**. Media device **210** may then query content source **240** for other content items that fit within the dimensions of non-focus portion **124** and are relevant to an audience of social media post **110**.

While system **200** is shown in FIG. **2** as including only media device **210**, content source **240**, and application server **220**, those skilled in the art will appreciate that system **200** may further include various other devices. In some embodiments, media device **210** may operate in a cloud computing environment to access cloud services. In a cloud computing environment, various types of computing services for content sharing, storage, or distribution are provided by a collection of network-accessible computing and storage resources, referred to as "the cloud." Media device **210** may be a cloud client that relies on cloud computing for application delivery, or media device **210** may have some functionality without access to cloud resources. For example, some applications running on media device **210**, such as the content enhancement application, may be cloud applications, that is, applications delivered as a service over the Internet, while other applications may be stored and run on media device **210**. In some embodiments, media device **210** uses cloud resources for processing operations, such as the processing operations performed by processing circuitry **306** described in relation to FIG. **3**. For example, media device **210** may rely on application server **220** and/or another cloud resource to identify the position of non-focus portion **124** within content item **112** and/or determine a content preference of the audience of social media post **110**, and retrieve second content item **130** from content source **240** and/or another cloud resource.

FIG. **3** shows a generalized embodiment of an illustrative media device **300**. As depicted, media device **300** may be a smartphone or tablet. Media device **300** may receive content and data via an input/output (I/O) path **302**. I/O path **302** may provide user input, user preferences, social media post **110**, content item **112**, second content item **130**, and/or metadata related to any of the aforementioned to control circuitry **304**, which includes processing circuitry **306** and storage **308**. Control circuitry **304** may send and receive commands, requests, and other suitable data using I/O path **302**. I/O path **302** may connect control circuitry **304** (and specifically processing circuitry **306**) to one or more communications paths (described below). I/O functions may be provided by one or more of these communications paths, but a single path is shown in FIG. **3** to avoid overcomplicating the drawing.

Control circuitry **304** may be based on any suitable processing circuitry, such as processing circuitry **306**. As referred to herein, processing circuitry should be understood to mean circuitry based on one or more microprocessors, microcontrollers, digital signal processors, programmable logic devices, field-programmable gate arrays (FPGAs), application-specific integrated circuits (ASICs), etc., and may include a multi-core processor (e.g., dual-core, quad-core, hexa-core, octa-core, or any suitable number of cores). In some embodiments, processing circuitry **306** is distributed across multiple separate processors or processing units, for example, multiple of the same type of processing units (e.g., two INTEL CORE i7 processors) or multiple different processors (e.g., an INTEL CORE i5 processor and an INTEL CORE i7 processor). In some embodiments, control circuitry **304** executes instructions for a content enhancement application stored in memory (i.e., storage **308**). Specifically, control circuitry **304** may be instructed by the content enhancement application to identify a position and dimensions of non-focus portion **124** within content item **112**, retrieve second content item **130**, generate enhanced social media post **140**, and/or perform the other functions described above and below.

In client/server-based embodiments, control circuitry **304** includes communications circuitry suitable for communicating with a content enhancement application server or other networks or servers. The instructions for carrying out the above-mentioned functionality may be stored on a server. Communications circuitry may include a cable modem, an integrated services digital network (ISDN) modem, a digital subscriber line (DSL) modem, a telephone modem, an Ethernet card, and/or a wireless modem for communications with other equipment, or any other suitable communications circuitry. Such communications may involve the Internet or any other suitable communication networks or paths. In addition, the communications circuitry may include circuitry that enables peer-to-peer communication of media devices, or communication of media devices in locations remote from each other.

The memory may be an electronic storage device provided as storage **308** that is part of control circuitry **304**. As referred to herein, the phrase "electronic storage device" or "storage device" should be understood to mean any device for storing electronic data, computer software, or firmware, such as random-access memory, hard drives, optical drives, solid state devices, quantum storage devices, or any other suitable fixed or removable storage devices, and/or any combination of the same. Nonvolatile memory may also be used. Cloud-based storage, described in relation to FIG. **2**, may be used to supplement storage **308** or instead of storage **308**.

The circuitry described herein may execute instructions included in software running on one or more general purpose or specialized processors. Multiple circuits may be provided to handle simultaneous processing functions. If storage **308** is provided as a separate device from media device **300**, the circuitry may be associated with storage **308**.

A user may send instructions to control circuitry **304** using a user input interface **310** of media device **300**. User input interface **310** may be any suitable user interface, such as a remote control, mouse, trackball, keypad, keyboard, touchscreen, touchpad, stylus input, joystick, or other user input interfaces. Media device **300** may further include a display **312** and speakers **314**. Display **312** may be a touchscreen or touch-sensitive display. In such circumstances, user input interface **310** may be integrated with or combined with display **312**. A camera, microphone, or other visual or voice recognition interface may also be used to receive user input. Speakers **314** may be provided as integrated with other elements of media device **300**.

The content enhancement application may be implemented using any suitable architecture. For example, it may be a stand-alone application wholly implemented on media device **300**. The content enhancement application and/or any instructions for performing any of the embodiments discussed herein may be encoded on computer-readable media. Computer-readable media include any media capable of having computer-executable instructions encoded thereon that, when executed by a processor, cause a device, such as media device **300**, to perform the instructed operations. In some embodiments, the content enhancement application is a client/server-based application. Data for use by a thick or thin client implemented on media device **300** is retrieved on

demand by issuing requests to a server remote from media device **300**, as described above. Those skilled in the art will appreciate that media device **210** of FIG. **2** may be implemented as media device **300** of FIG. **3**.

FIG. **4** is a flowchart of an illustrative process for enhancing the social media post with content that is relevant to the audience of the post, in accordance with some embodiments of the disclosure. A process **400** for enhancing the social media post with content that is relevant to the audience of the post may begin at block **402**, where control circuitry, such as control circuitry **304**, receives a social media post. For example, control circuitry **304** of media device **210** may receive an input of social media post **110** and/or a user selection, such as via user input interface **310**, of social media post **110**.

At block **404**, control circuitry **304** extracts, from the social media post received at block **402**, a first content item. For example, control circuitry **304** of media device **210** may extract content item **112** from social media post **110**. In some embodiments, control circuitry **304** parses the data of social media post **110** and identifies, in the data, data corresponding to content item **112**. Control circuitry **304** then extracts the data corresponding to content item **112** from the data of social media post **110**.

At block **406**, control circuitry **304** identifies, in a frame of the first content item, a portion of the frame that is a non-focus portion. For example, control circuitry **304** of media device **210** may identify non-focus portion **124** in a frame of content item **112**. In some embodiments, control circuitry **304** identifies a focus portion, such as focus portion **122**, of the frame of content item **112**, and selects a portion of the frame that is not obscured by focus portion **122** as non-focus portion **124**. In another embodiment, control circuitry **304** identifies an object, in the frame of content item **112**, that extends beyond an edge of the frame, and selects a portion of the frame that includes the object as non-focus portion **124**. For example, in the illustration shown in FIG. **1**, control circuitry **304** may identify a door in the frame of content item **112** and determine that the door extends beyond an edge of the frame, and thus select the portion of the frame that includes the door as non-focus portion **124**.

At block **408**, control circuitry **304** identifies a plurality of content items that fit within the non-focus portion of the frame. For example, control circuitry **304** of media device **210** may identify a plurality of content items that fit within non-focus portion **124**. In some embodiments, control circuitry **304** determines dimensions of non-focus portion **124** and identifies a plurality of content items having dimensions that are the same as or smaller than the dimensions of non-focus portion **124**.

At block **410**, control circuitry **304** identifies a content preference of an audience of the social media post. For example, control circuitry **304** of media device **210** may identify a content preference of the audience of social media post **110**. In some embodiments, control circuitry **304** retrieves a list of followers of a user from whom social media post **110** was received, identifies a content preference shared by the followers, and selects the content preference shared by the followers as the content preference of the audience of social media post **110**. Control circuitry **304** may identify the user from whom social media post **110** was received based on a device from which social media post **110** was received, and/or based on an account (such as a social network account) from which social media post **110** was received or to which social media post **110** is posted.

At block **412**, control circuitry **304** determines an estimated length of time that the audience will view the social media post. For example, control circuitry **304** of media device **210** may determine an estimated time that the audience will view social media post **110**. In some embodiments, control circuitry **304** retrieves, for some or all of the followers in the list retrieved at block **410**, at least one value corresponding to a duration that a respective follower has previously viewed a social media post, calculates an average of the values, and selects the average of the values as the estimated length of time that the audience will view social media post **110**.

At block **414**, control circuitry **304** determines whether the plurality of content items, as identified at block **408**, include a given content item that matches the content preference of the audience, as identified at block **410**, and that has a duration that does not exceed the estimated length of time, as determined at block **412**. For example, control circuitry **304** of media device **210** may identify, from the plurality of content items, a first subset of content items that match the content preference of the audience, and identify, from the first subset, a second subset of content items that has a duration that is the same as or shorter than the estimated length of time. If the second subset of content items includes at least one content item, control circuitry **304** determines that the plurality of content items include at least one content item that qualifies as the given content item. In response to determining that the plurality of content items does not include the given content item, process **400** ends. In response to determining that the plurality of content items does include at least one content item that qualifies as the given content item, process **400** proceeds to block **416**.

At block **416**, control circuitry **304** selects the given content item as a second content item. For example, control circuitry **304** of media device **210** selects the given content item as second content item **130**. In some embodiments, each content item of the plurality of content items includes a plurality of frames, and control circuitry **304** selects second content item **130** from among the plurality of content items by identifying a subset of the plurality of frames, of a given content item of the plurality of content items, that include content matching the content preference of the audience, as determined at block **410**. Control circuitry then determines whether a segment of the given content item, the segment including the subset of the plurality of frames, has a duration that does not exceed the estimated length of time, as determined at block **412**, and in response to determining that the segment has a duration that does not exceed the estimated length of time, selects the segment as second content item **130**. In another embodiment, control circuitry **304** determines whether metadata, of a given content item of the plurality of content items, includes a description of the given content item that matches a description of content item **112**, and in response to determining that the metadata of the given content item includes the description that matches the description of content item **112**, selects the given content item as second content item **130**.

At block **418**, control circuitry **304** generates an enhanced social media post by overlaying the second content item, as selected at block **416**, onto the non-focus portion of the frame, as identified at block **406**. For example, control circuitry **304** of media device **210** may generate enhanced social media post **140** by overlaying second content item **130** onto non-focus portion **124**. In some embodiments, control circuitry **304** may place second content item **130** over non-focus portion **124** in content item **112**.

At block **420**, control circuitry **304** generates for display the enhanced social media post generated at block **418**. For example, control circuitry **304** of media device **210** generates for display enhanced social media post **140**. In some embodiments, control circuitry **304** causes display **312** of media device **210** to display enhanced social media post **140**. In other embodiments, control circuitry **304** causes enhanced media post **140** to be transmitted to a server of the social network and/or other media devices.

FIG. **5** is a flowchart of a detailed illustrative process for selecting a content item with which to enhance a social media post, in accordance with some embodiments of the disclosure. A process **500** for selecting a content item with which to enhance a social media post may begin at block **502**. At block **504**, control circuitry **304** identifies a subset of a plurality of frames included in a given content item of a plurality of content items that include content matching a content preference of an audience of the social media post. For example, control circuitry **304** of media device **210** may identify a subset of a plurality of frames included in a given content item of a plurality of content items that include content matching the content preference of the audience of social media post **110**, as identified at block **410** (FIG. **4**).

At block **506**, control circuitry **304** determines whether a segment of the given content item, the segment including the subset of the plurality of frames identified at block **504**, has a duration that does not exceed an estimated length of time that the audience will view the social media post. For example, control circuitry **304** of media device **210** may determine whether a segment of the given content item has a duration that does not exceed the estimated length of time determined at block **412** (FIG. **4**). In response to determining that the segment has a duration that exceeds the estimated length of time, process **500** ends. In response to determining that the segment has a duration that does not exceed the estimated length of time, process **500** proceeds to block **508**.

At block **508**, control circuitry **304** selects the segment as the content item. For example, control circuitry **304** of media device **210** selects the segment as second content item **130**.

It will be apparent to those of ordinary skill in the art that methods involved in the present invention may be embodied in a computer program product that includes a computer-usable and/or readable medium. For example, such a computer-usable medium may consist of a read-only memory device, such as a CD-ROM disk or conventional ROM device, or a random-access memory, such as a hard drive device or a computer diskette, having a computer-readable program code stored thereon. It should also be understood that methods, techniques, and processes involved in the present disclosure may be executed using processing circuitry.

The processes discussed above are intended to be illustrative and not limiting. More generally, the above disclosure is meant to be exemplary and not limiting. Only the claims that follow are meant to set bounds as to what the present invention includes. Furthermore, it should be noted that the features and limitations described in any one embodiment may be applied to any other embodiment herein, and flowcharts or examples relating to one embodiment may be combined with any other embodiment in a suitable manner, done in different orders, or done in parallel. It should also be noted, the systems and/or methods described above may be applied to, or used in accordance with, other systems and/or methods.

What is claimed is:

1. A method for enhancing a social media post with a content item, the method comprising:
   receiving a social media post;
   extracting, from the social media post, a first content item;
   identifying, in a frame of the first content item, a portion of the frame that is a non-focus portion;
   identifying a plurality of content items that fit within the non-focus portion of the frame;
   identifying a content preference of an audience of the social media post;
   determining an estimated length of time that the audience will view the social media post;
   selecting a second content item, from the plurality of content items, that matches the content preference of the audience and has a duration that does not exceed the estimated length of time;
   generating an enhanced social media post by overlaying the second content item onto the non-focus portion of the frame of the first content item extracted from the social media post; and
   generating for display the enhanced social media post.

2. The method of claim **1**, wherein identifying the portion of the frame that is the non-focus portion of the frame comprises:
   identifying a focus portion of the frame; and
   selecting a portion of the frame that is not obscured by the focus portion of the frame as the non-focus portion of the frame.

3. The method of claim **1**, wherein identifying the portion of the frame that is the non-focus portion of the frame comprises:
   identifying an object in the frame that extends beyond an edge of the frame; and
   selecting a portion of the frame that includes the object as the non-focus portion of the frame.

4. The method of claim **1**, wherein identifying the plurality of content items that fit within the non-focus portion of the frame comprises:
   determining dimensions of the non-focus portion of the frame; and
   identifying a plurality of content items having dimensions that are the same as or smaller than the dimensions of the non-focus portion of the frame.

5. The method of claim **1**, wherein identifying the content preference of the audience of the social media post comprises:
   retrieving a list of followers of a user from whom the social media post was received;
   identifying a content preference shared by the followers; and
   selecting the content preference shared by the followers as the content preference of the audience of the social media post.

6. The method of claim **5**, wherein determining the estimated length of time that the audience will view the social media post comprises:
   retrieving, for each of the followers, at least one value corresponding to a duration that a respective follower has previously viewed a social media post;
   calculating an average of the values; and
   selecting the average of the values as the estimated length of time that the audience will view the social media post.

7. The method of claim **1**, wherein each content item of the plurality of content items includes a plurality of frames, and wherein selecting a second content item, from the plurality of content items, that matches the content prefer-

ence of the audience and has a duration that does not exceed the estimated length of time comprises:
  identifying a subset of the plurality of frames, of a given content item of the plurality of content items, that include content matching the content preference of the audience;
  determining whether a segment of the given content item, the segment including the subset of the plurality of frames, has a duration that does not exceed the estimated length of time; and
  in response to determining that the segment has a duration that does not exceed the estimated length of time, selecting the segment as the second content item.

**8**. The method of claim **1**, wherein selecting a second content item, from the plurality of content items, that matches the content preference of the audience and has a duration that does not exceed the estimated length of time comprises:
  determining whether metadata, of a given content item of the plurality of content items, includes a description of the given content item that matches a description of the first content item; and
  in response to determining that the metadata of the given content item includes a description that matches the description of the first content item, selecting the given content item as the second content item.

**9**. A system for enhancing a social media post with a content item, the system comprising:
  control circuitry configured to:
  receive a social media post;
  extract, from the social media post, a first content item;
  identify, in a frame of the first content item, a portion of the frame that is a non-focus portion;
  identify a plurality of content items that fit within the non-focus portion of the frame;
  identify a content preference of an audience of the social media post;
  determine an estimated length of time that the audience will view the social media post;
  select a second content item, from the plurality of content items, that matches the content preference of the audience and has a duration that does not exceed the estimated length of time;
  generate an enhanced social media post by overlaying the second content item onto the non-focus portion of the frame of the first content item extracted from the social media post; and
  generate for display the enhanced social media post.

**10**. The system of claim **9**, wherein the control circuitry is configured to identify the portion of the frame that is the non-focus portion of the frame by:
  identifying a focus portion of the frame; and
  selecting a portion of the frame that is not obscured by the focus portion of the frame as the non-focus portion of the frame.

**11**. The system of claim **9**, wherein the control circuitry is configured to identify the portion of the frame that is the non-focus portion of the frame by:
  identifying an object in the frame that extends beyond an edge of the frame; and
  selecting a portion of the frame that includes the object as the non-focus portion of the frame.

**12**. The system of claim **9**, wherein the control circuitry is configured to identify the plurality of content items that fit within the non-focus portion of the frame by:
  determining dimensions of the non-focus portion of the frame; and
  identifying a plurality of content items having dimensions that are the same as or smaller than the dimensions of the non-focus portion of the frame.

**13**. The system of claim **9**, wherein the control circuitry is configured to identify the content preference of the audience of the social media post by:
  retrieving a list of followers of a user from whom the social media post was received;
  identifying a content preference shared by the followers; and
  selecting the content preference shared by the followers as the content preference of the audience of the social media post.

**14**. The system of claim **13**, wherein the control circuitry is configured to determine the estimated length of time that the audience will view the social media post by:
  retrieving, for each of the followers, at least one value corresponding to a duration that a respective follower has previously viewed a social media post;
  calculating an average of the values; and
  selecting the average of the values as the estimated length of time that the audience will view the social media post.

**15**. The system of claim **9**, wherein each content item of the plurality of content items includes a plurality of frames, and wherein the control circuitry is configured to select a second content item, from the plurality of content items, that matches the content preference of the audience and has a duration that does not exceed the estimated length of time by:
  identifying a subset of the plurality of frames, of a given content item of the plurality of content items, that include content matching the content preference of the audience;
  determining whether a segment of the given content item, the segment including the subset of the plurality of frames, has a duration that does not exceed the estimated length of time; and
  in response to determining that the segment has a duration that does not exceed the estimated length of time, selecting the segment as the second content item.

**16**. The system of claim **9**, wherein the control circuitry is configured to select a second content item, from the plurality of content items, that matches the content preference of the audience and has a duration that does not exceed the estimated length of time by:
  determining whether metadata, of a given content item of the plurality of content items, includes a description of the given content item that matches a description of the first content item; and
  in response to determining that the metadata of the given content item includes a description that matches the description of the first content item, selecting the given content item as the second content item.

**17**. A non-transitory computer-readable medium having instructions encoded thereon that, when executed by control circuitry, cause the control circuitry to:
  receive a social media post;
  extract, from the social media post, a first content item;
  identify, in a frame of the first content item, a portion of the frame that is a non-focus portion;
  identify a plurality of content items that fit within the non-focus portion of the frame;
  identify a content preference of an audience of the social media post;
  determine an estimated length of time that the audience will view the social media post;

  select a second content item, from the plurality of content items, that matches the content preference of the audience and has a duration that does not exceed the estimated length of time;
  generate an enhanced social media post by overlaying the second content item onto the non-focus portion of the frame of the first content item extracted from the social media post; and
  generate for display the enhanced social media post.

**18**. The non-transitory computer-readable medium of claim **17**, wherein the instructions further cause the control circuitry to:
  identify a focus portion of the frame; and
  select a portion of the frame that is not obscured by the focus portion of the frame as the non-focus portion of the frame.

**19**. The non-transitory computer-readable medium of claim **17**, wherein the instructions further cause the control circuitry to:
  identify an object in the frame that extends beyond an edge of the frame; and
  select a portion of the frame that includes the object as the non-focus portion of the frame.

**20**. The non-transitory computer-readable medium of claim **17**, wherein the instructions further cause the control circuitry to:
  determine dimensions of the non-focus portion of the frame; and
  identify a plurality of content items having dimensions that are the same as or smaller than the dimensions of the non-focus portion of the frame.

\* \* \* \* \*