**FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP., Plaintiff, v. ADEIA INC., ADEIA MEDIA LLC, and ADEIA GUIDES INC. Defendants. | Case No. 3:23-cv-06151 **DECLARATION OF JAMES PROFFITT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** Judge: Hon. Trina L. Thompson |

I, James Proffitt, hereby declare as follows:

1. I am the Intellectual Property Licensing Director at Adeia Inc., and have held that role since 2020. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I was designated as the account manager for the Twitter Patent License Agreement originally executed on April 25, 2019 between Rovi LLC (now Adeia Media LLC) and Twitter Inc. (now X Corp.). The Patent License Agreement ("PLA") had [redacted]

3. I have been personally involved in discussions between Adeia and Twitter Inc./X Corp. since November 2021, including discussing with Twitter Inc [redacted]

**FILED UNDER SEAL**

[redacted] After Twitter Inc./X Corp. ceased payments under the PLA, my discussions with Twitter Inc./X Corp. included [redacted] These negotiations [redacted]

4. Neither Adeia Inc., Adeia Media LLC, Adeia Guides Inc., nor its predecessors-in-interest, have ever mentioned U.S. Patent Nos. 10,694,137; 10,951,563; 11,288,582, and 11,756,071 (collectively, "the Declaratory Judgment Patents") in any discussions with Twitter Inc. or X Corp, nor have they accused Twitter Inc. or X Corp. of infringing the Declaratory Judgment Patents.

5. Neither Adeia Inc., Adeia Media LLC, Adeia Guides Inc., nor its predecessors-in-interest, have ever taken a position as to whether X Corp. uses any of the Declaratory Judgment Patents, shared any claim charts relating to the Declaratory Judgment Patents with Twitter Inc. or X Corp., or prepared any such claim charts.

6. Adeia Inc., Adeia Media LLC, Adeia Guides Inc., and its predecessors-in-interest have never sued Twitter Inc. or X Corp. for patent infringement. Since at least November 2021, neither Adeia Inc., Adeia Media LLC, Adeia Guides Inc., nor its predecessors-in-interest have ever threatened to sue Twitter Inc. or X Corp. for patent infringement.

7. Neither Adeia Inc., Adeia Media LLC, Adeia Guides Inc., nor its predecessors-in-interest, [redacted] or ever filed suit based on the Declaratory Judgment Patents.

Executed on January 12, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

James Proffitt
IP Licensing Director
Adeia Inc.