**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

X CORP.,

Plaintiff,

v.

ADEIA INC., ADEIA MEDIA LLC, and ADEIA GUIDES INC.

Defendants.

Case No. 3:23-cv-06151-TLT

**DECLARATION OF CHARLOTTE J. WEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Judge: Hon. Trina L. Thompson

I, Charlotte J. Wen, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, and am counsel of record for Defendants Adeia Inc., Adeia Media LLC, and Adeia Guides Inc. (collectively, "Adeia") in the above captioned case. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit 1 is an excerpted copy of the Patent License Agreement ("PLA") dated April 25, 2019. Adeia has moved to file Exhibit 1 under seal.

3. Attached as Exhibit 2 is a copy of Adeia Media LLC's Complaint to recover unpaid royalties pursuant to the PLA, filed in Santa Clara Superior Court against X Corp. on August 7, 2023. *See Adeia Media LLC v. X Corp.*, No. 23CV420578 (Santa Clara County Super. Ct., Aug. 7, 2023).

4. Attached as Exhibit 3 is a copy of a January 4, 2024 letter to X's counsel from Adeia's counsel in the state court action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 16, 2024.

Charlotte J. Wen