# Exhibit 1

**(Filed Provisionally Under Seal In Its Entirety)**