# Exhibit 2

E-FILED
8/7/2023 11:10 AM
Clerk of Court
Superior Court of CA,
County of Santa Clara
23CV420578
Reviewed By: R. Cachux
Envelope: 12679073

1   ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
2   FREITAS & WEINBERG LLP
303 Twin Dolphin Drive, Suite 600
3   Redwood Shores, California  94065
Telephone:     (650) 593-6300
4   Facsimile:     (650) 593-6301

5   Attorneys for Plaintiff
Adeia Media LLC
6

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF SANTA CLARA

10                                            23CV420578

11   ADEIA MEDIA LLC, a Delaware limited          No.
liability company,
12                                                **COMPLAINT FOR BREACH OF**
Plaintiff,          **CONTRACT**
13
v.
14
X CORP., a Nevada corporation, and
15   DOES 1 through 100, inclusive,

16                Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1          Plaintiff Adeia Media LLC ("Adeia Media") alleges as follows against Defendant X Corp.

2          1.       Adeia Media is a limited liability company organized and existing under the laws

3 of the State of Delaware with its principal place of business at 3025 Orchard Parkway, San Jose,

4 California. Adeia Media was formerly known as Rovi LLC and Rovi Corporation.

5          2.       X Corp. is a corporation organized and existing under the laws of the State of

6 Nevada with its principal place of business at 1355 Market Street, San Francisco, California. On

7 or about March 15, 2023, X Corp. entered into a merger with Twitter, Inc. X Corp. is the survivor

8 of the merger and has succeeded by law to the obligations of Twitter, Inc.

9          3.       Venue is proper in this Court because the parties consented to venue in a court

10 within the State of California and the County of Santa Clara.

11          4.       Adeia Media is unaware of the true names or capacities of the defendants sued

12 herein as Does 1 through 100, inclusive, and therefore sues those defendants by fictitious names.

13 Each of the defendants sued by fictitious names is responsible in some manner for the damages

14 suffered by Adeia Media. Adeia Media will amend this complaint to state the true names and

15 capacities of the defendants sued under fictitious names when the same are ascertained.

16          5.       Each of the defendants was an agent, partner, joint venturer, employee, or alter ego

17 of each of the other defendants and, in doing the acts hereinafter alleged, was acting within the

18 scope of his, her, or its authority as such and with the permission and consent of each of the

19 remaining defendants.

20          6.       Effective as of April 1, 2019, Adeia Media, Adeia Media Solutions Inc. (formerly

21 known as TiVo Solutions Inc. (doing business as and formerly known as TiVo Inc.)), Adeia

22 Media Holdings LLC (formerly known as TiVo LLC and formerly known as TiVo Corporation),

23 as Licensors, and Twitter, Inc., as Licensee, entered into a written Patent License Agreement

24 ("License Agreement"). Pursuant to Section 2.1 of the License Agreement, Adeia Media, Adeia

25 Media Solutions Inc., and Adeia Media Holdings LLC, as Licensors, granted a fee bearing, non-

26 exclusive, non-sublicensable, non-transferable right and license, without geographic limitation,

27 under the patents identified therein, only during the Term of the Agreement, to make or have

28 made, use (and permit End-Users to use), distribute, reproduce, create, display, perform, exploit,

         COMPLAINT FOR BREACH OF CONTRACT

1   sell, offer for sale, lease, import, export, Transfer, or otherwise dispose of certain Authorized

2   Products on the terms and subject to the conditions of the License Agreement, and in particular,

3   subject to Twitter, Inc.'s payment of the fees set forth in Section 5 of the Agreement.

4        7.        By letter dated February 25, 2022, Twitter, Inc. elected to extend the License

5   Agreement for an additional two years pursuant to Section 4.1 of the Agreement. As a result of

6   the election by Twitter, Inc., the Term of the License Agreement was extended to March 31,

7   2024. The License Agreement has not been terminated, and it remains in effect.

8        8.        Pursuant to Section 5 of the License Agreement, Twitter, Inc. agreed to pay Adeia

9   Media at the times and in the manner set forth in the License Agreement, a non-refundable

10   recurring license fee of $3,000,000 for each Agreement Year of the Term of the License

11   Agreement (the "Annual License Fee"). The Annual License Fee is required to be paid in arrears

12   for the immediately preceding quarter in four equal quarterly installments within fifteen days after

13   the end of the quarter to which the fee relates, except that the first quarterly installment of the

14   Annual License Fee due under the License Agreement was due within thirty days after the

15   Execution Date of the Agreement.

16        9.        Section 6.3 of the License Agreement provides that time is of the essence with

17   respect to the making of all payments due under the License Agreement, and that all amounts

18   payable that are not paid within ninety days after the due date thereof shall bear interest equal to

19   the lower of (i) the maximum rate allowed by law or (ii) one percent per month, computed from

20   ninety days after the original due date until paid.

21        10.        In or about October 2022, Elon Musk acquired Twitter, Inc. for $44,000,000,000.

22   Publicly available information shows that soon thereafter, Twitter, Inc. began delaying or refusing

23   payments due from it to various vendors and others. Among the obligations Twitter, Inc. and its

24   successor X Corp. failed to satisfy are the obligation under Section 5 of the License Agreement to

25   pay the Annual License Fee. During discussions between the parties, X Corp. has repudiated the

26   remaining obligations under the License Agreement by advising Adeia Media that it will not

27   make any payments under the License Agreement unless Adeia Media agrees to a material

28   reduction of the amount required to be paid under the License Agreement.

1    11.    Twitter, Inc. and its successor X Corp. failed to make the quarterly Annual License

2    Fee installment payments due with respect to the calendar quarters ended December 31, 2022,

3    March 31, 2023, and June 30, 2023. By letters dated May 25, 2023 and July 28, 2023, Adeia

4    Media demanded payment and asked that X Corp. confirm that it will honor its obligations under

5    the Agreement. Despite the demands made by Adeia Media, payment has not been made, X Corp.

6    has not confirmed that it will honor its obligations under the License Agreement, and the

7    installments remain unpaid.

8                                **FIRST CAUSE OF ACTION**

9                        **(Breach of Written Contract Against X Corp.)**

10   12.    Adeia Media realleges and incorporates by reference the allegations of paragraphs

11   1 through 11 as if fully set forth herein.

12   13.    Adeia Media and the other Licensors have performed all of their obligations under

13   the License Agreement, and satisfied all conditions to the performance due from Twitter, Inc. and

14   X Corp.

15   14.    Twitter, Inc. and X Corp. have materially breached the License Agreement by

16   failing to pay the Annual License Fee due under the License Agreement due with respect to the

17   calendar quarters ended December 31, 2022, March 31, 2023, and June 30, 2023, and by

18   repudiating the remaining obligations under the License Agreement.

19   15.    As a direct and proximate result of the breach by Twitter, Inc. and X Corp. of the

20   Licensee Agreement, Adeia Media has been damaged in the amount of the unpaid quarterly

21   installments in the amount of $2,250,000, the remaining obligations under the License Agreement

22   in the amount of $2,250,000, the unpaid interest due under the License Agreement, and further

23   amounts that will be proved at trial.

24                                **PRAYER FOR RELIEF**

25        WHEREFORE, Adeia Media prays for judgment as follows:

26   1.    For compensatory damages in the amount of $4,500,000, plus interest, and further

27   amounts that will be proved at trial;

28   2.    For pre-judgment interest;

-4-                    COMPLAINT FOR BREACH OF CONTRACT

1    3.    For post-judgment interest on the amount awarded to Adeia Media;

2    4.    For costs of suit incurred herein; and

3    5.    For such other relief as the Court deems proper.

4

5    Dated:  August 7, 2023                              ROBERT E. FREITAS
                                                         FREITAS & WEINBERG LLP
6

7    _____

8                                                        Robert E. Freitas
                                                         Attorneys for Plaintiff
                                                         Adeia Media LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-                    COMPLAINT FOR BREACH OF CONTRACT