# Exhibit 3

FREITAS & WEINBERG LLP

303 Twin Dolphin Drive, Suite 600
Redwood Shores, CA 94065

650-593-6300 P · 650-593-6301 F
www.fawlaw.com

ROBERT E. FREITAS
(650) 730-5527
rfreitas@fawlaw.com

VIA EMAIL – dsilbert@keker.com

January 4, 2024

David Silbert
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Re:   Adeia/X Corp. Patent License Agreement

Dear David:

    Adeia Media Holdings LLC (formerly known as TiVo Corporation), Adeia Media LLC (formerly known as Rovi Corporation) and Adeia Media Solutions Inc. (formerly known as TiVo Solutions Inc.) (collectively, "Adeia") have received your letter dated November 28, 2023. Adeia does not agree that Adeia has breached the Patent License Agreement ("PLA") executed on April 25, 2019 between Adeia and X Corp., or that the PLA has been terminated. The PLA remains in full force and effect.

    Very truly yours,

    Robert E. Freitas

FAWLAW