**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

X CORP.,

Plaintiff,

v.

ADEIA INC., ADEIA MEDIA LLC, and ADEIA GUIDES INC.

Defendants.

Case No. 3:23-cv-06151-TLT

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

The Honorable Trina L. Thompson

Before the Court is Defendants Adeia Inc., Adeia Media LLC, and Adeia Guides Inc.'s Motion to Dismiss (the "Motion").

Having considered the Complaint, the parties' briefs, and all supporting materials, this Court hereby GRANTS the Motion and dismisses with prejudice Plaintiff X Corporation's Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Even if Plaintiff could establish a justiciable case or controversy with respect to the Complaint, this Court would exercise its discretion to decline jurisdiction here, where Plaintiff's requested relief would not resolve any disputes between the parties in a worthwhile way.

**IT IS SO ORDERED.**

Dated: ____________________, 2024

____________________________________
HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE