1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12  X CORP., | Case No. 3:23-cv-06151-TLT |
| 13          Plaintiff, | **DECLARATION OF CHARLOTTE J.** |
| 14      v. | **WEN IN SUPPORT OF DEFENDANTS'** |
| | **MOTION TO STAY** |
| 15  ADEIA INC., ADEIA MEDIA LLC, and | |
| ADEIA GUIDES INC. | Judge: Hon. Trina L. Thompson |
| 16 | |
| 17          Defendants. | |

18

I, Charlotte J. Wen, declare as follows:

19

       1.     I am an attorney at the law firm of Irell & Manella LLP, and am counsel of record

20

for Defendants Adeia Inc., Adeia Media LLC, and Adeia Guides Inc. (collectively, "Adeia") in the

21

above captioned case.  I am a member in good standing of the State Bar of California and have been

22

admitted to practice before this Court.  I have personal knowledge of the facts set forth in this

23

Declaration and, if called as a witness, could and would testify competently to such facts under oath.

24

       2.     Attached as Exhibit 1 is a copy of a February 29, 2024 discovery service email from

25

X's counsel.

26
27
28

1        3.       Attached as Exhibit 2 is a copy of X's February 29, 2024 Initial Disclosures.

2

3        I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct to the best of my knowledge and belief.

5        Executed on March 5, 2024.

6

7

8                               Charlotte J. Wen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHARLOTTE J. WEN IN
SUPPORT OF DEFENDANTS' MOTION TO STAY    - 1 -    CASE NO. 3:23-CV-06151-TLT