# Exhibit 1

# Koo, Justin

| | |
|---|---|
| **From:** | Jennifer E. Gray <JGray@keker.com> |
| **Sent:** | Thursday, February 29, 2024 2:48 PM |
| **To:** | Hattenbach, Ben; Wen, Charlotte; Ashley, Matt |
| **Cc:** | David Silbert; Sharif E. Jacob; Kristen E. Lovin; Taylor L. Reeves; Emily Hasselberg; Amrutha D. Dorai |
| **Subject:** | X Corp. v. Adeia Inc., et al., Case No. 3:23-cv-06151-TLT \| Discovery |
| **Attachments:** | 2023 02 29 Plaintiff X ROGS, Set One (NDCA).pdf; 2023 02 29 Plaintiff X RFP, Set One (NDCA).pdf; 2023 02 29 Rule 26 Initial Disclosures (NDCA).pdf |

Dear Counsel:

Attached please find a copy of the following documents:

- PLAINTIFF X CORP.'S INTERROGATORIES TO DEFENDANTS, SET ONE
- PLAINTIFF X CORP.'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, SET ONE
- PLAINTIFF X CORP.'S INITIAL DISCLOSURES UNDER FEDERAL RULE 26(A)

Please contact me if you encounter any difficulty accessing the files.  Hard to copy to follow via U.S. mail.

Regards,

**Jennifer E. Gray**
Legal Secretary
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6601 direct | 415 391 5400 main
jgray@keker.com | keker.com