# Exhibit 2

KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
KRISTEN E. LOVIN - # 293688
klovin@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
EMILY A. HASSELBERG - # 326990
ehasselberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff X CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ADEIA MEDIA LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 3:23-cv-06151-TLT<br><br>**PLAINTIFF X CORP.'S INITIAL DISCLOSURES UNDER FEDERAL RULE 26(A)**<br><br>Date:<br>Time:<br>Dept.: Courtroom 9 – 19th Floor<br>Judge: Hon. Judge Trina L. Thompson<br><br>Date Filed: November 28, 2023<br>Trial Date: None Set |

1    Plaintiff X Corp. ("X CORP.") hereby sets forth its initial disclosures under Federal Rule
2    of Civil Procedure ("Rule") 26(a).
3    These initial disclosures are based on information reasonably available to X Corp. and its
4    counsel at the present time pertaining to the claims or defenses that X Corp. currently intends to
5    assert. X Corp. does not represent that it is identifying every document, tangible thing, or witness
6    possibly relevant to this lawsuit; or that every document or tangible thing identified below is
7    necessarily expected to support one or more claims or defenses X Corp. currently intends to
8    assert, or is within X Corp.'s possession, custody, or control; or that every witness identified
9    below will necessarily provide significant information regarding the issues involved in this
10   litigation. X Corp.'s investigation of relevant facts is ongoing, and X Corp. reserves the right to
11   supplement and/or amend these disclosures at a later time.
12   X Corp. expressly reserves all objections on the basis of any applicable privilege or
13   protection to the use of any of the information or documents referenced herein, including but not
14   limited to the protections of attorney–client privilege, the work-product doctrine, any other
15   applicable privilege, as well as the law governing the requirements for the admission of evidence.
16   The designation of documents by category in these disclosures does not constitute a waiver of any
17   privileges applicable to documents in those categories.
18   In addition, X Corp. makes no representation or admission concerning the relevance,
19   authenticity, or admissibility of any document or category of documents identified below.
20   X Corp. reserves the right to object to Defendant's discovery requests on any basis, including but
21   not limited to their relevance, overbreadth, and burden.
22   **I.  PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**
23   In accordance with Rule 26(a)(1)(A)(i), X Corp. identifies the following individuals that it
24   presently has reason to believe are likely to have discoverable information that X Corp. may use
25   to support its claims or defenses. To the extent that X Corp. intends to rely on expert witnesses,
26   those individuals will be identified at a later date in accordance with Rule 26(a)(2) and any
27   schedule set by the Court. All current and former X Corp. employees should be contacted
28   through X Corp.'s counsel of record in this matter.

| NAME | CONTACT INFORMATION | KNOWLEDGE |
|---|---|---|
| **Subject: Matters that concern development and operation of X's instrumentalities.** | | |
| X Engineers and/or Managers | May be reached through counsel for X.<br><br>Keker, Van Nest & Peters LLP<br>633 Battery St.<br>San Francisco, CA 94111<br>(415) 391-5400 | X employees; may be knowledgeable about X's products. |
| **Subject: Prosecution of the applications resulting in issuance of the asserted patents.** | | |
| Vishwas Sharadanagar Panchaksharaiah | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Named inventor of asserted Patent No. U.S. 10,694,137 |
| Vikram Makam Gupta | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Named inventor of asserted Patent No. U.S. 10,694,137 |
| Madhusudhan Srinivasan | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Named inventor of asserted Patent No. U.S. 10,951,563 |
| Kyle Miller | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Named inventor of asserted Patent No. U.S. 11,288,582 |
| Bryan S. Scappini | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Named inventor of asserted Patent No. U.S. 11,288,582 |
| James W. Lent | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Named inventor of asserted Patent No. 11,288,582 |
| Joshua Brenner | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Named inventor of asserted Patent No. U.S. 11,756,071 |
| Christopher Ambrozic | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Named inventor of asserted Patent No. U.S. 11,756,071 |

| | | |
|---|---|---|
| Saad Hassan | Last known contact information:<br><br>Fenwick & West LLP<br>801 California St<br>Mountain View, CA 94041<br>(650) 988-8500 | Counsel responsible for prosecution of asserted Patent No. U.S. 10,694,137 |
| Matthew Flinders | Last known contact information:<br><br>Haley Guiliano LLP<br>111 N Market St #900<br>San Jose, CA 95113<br>(669) 213-1050 | Counsel responsible for prosecution of asserted Patent No. U.S. 10,951,563 |
| Raeeun Jang | Last known contact information:<br><br>Haley Guiliano LLP<br>111 N Market St #900<br>San Jose, CA 95113<br>(669) 213-1050 | Counsel responsible for prosecution of asserted Patent No. U.S. 10,951,563 |
| Jan G. Lucas | Last known contact information:<br><br>Haley Guiliano LLP<br>111 N Market St #900<br>San Jose, CA 95113<br>(669) 213-1050 | Counsel responsible for prosecution of asserted Patent No. U.S. 10,951,563 |
| Maxim Rappaport | Last known contact information:<br><br>Haley Guiliano LLP<br>111 N Market St #900<br>San Jose, CA 95113<br>(669) 213-1050 | Counsel responsible for prosecution of asserted Patent No. U.S. 11,288,582 |
| Jonathan Crawford | Last known contact information:<br><br>Haley Guiliano LLP<br>111 N Market St #900<br>San Jose, CA 95113<br>(669) 213-1050 | Counsel responsible for prosecution of asserted Patent No. U.S. 11,756,071 |
| Kevin A. Rieffel | Last known contact information:<br><br>Haley Guiliano LLP<br>111 N Market St #900<br>San Jose, CA 95113<br>(669) 213-1050 | Counsel responsible for prosecution of asserted Patent No. U.S. 11,756,071 |

**Subject: The Patent License Agreement ("PLA").**

| | | |
|---|---|---|
| John Blake, former Vice President of Intellectual Property Strategy at Rovi Corp. | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Involved in pre-licensing negotiations; may be knowledgeable about issues implicated by the PLA. |
| Sean Clark, former Intellectual Property Licensing Director at TiVo | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Involved in pre-licensing negotiations; may be knowledgeable about issues implicated by the PLA. |
| Kevin Tanji, Chief Legal Officer at Adeia Inc. | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Involved in licensing negotiations; may be knowledgeable about issues implicated by the PLA. |
| Arvin Patel, former Chief Intellectual Property Officer at Rovi Corp. | Contact information or last known contact information is believed to be in possession of Plaintiffs. | Involved in licensing negotiations; may be knowledgeable about issues implicated by the PLA. |

X Corp. may also rely on any individuals identified in Defendant's initial disclosures. X. Corp. reserves the right to disclose additional individuals whom X. Corp may use to support its claims or defenses based on information learned during the course of this litigation.

## II. DESCRIPTION OF DOCUMENTS

In accordance with Rule 26(a)(1)(A)(ii), X Corp. identifies the following categories of documents, electronically stored information, and tangible things in its possession, custody, or control that it may use to support its claims or defenses:

- Documents related to the products or services Adeia accuses of infringing the Patents-in-Suit, including documents sufficient to show their non-infringement;
- The accused instrumentalities themselves, including the source code for the accused instrumentalities.
- Communications and documents relevant to Adeia's material breach of and X Corp.'s termination of the license;

This information is based on X Corp.'s investigation to date, and X Corp. reserves the right to supplement and/or amend this information upon further investigation and discovery in this action, and may rely upon additional materials. X Corp. notes that it may also use documents produced by Defendant and other third parties in the course of discovery to support its claims or

defenses, although such documents are not currently in X Corp.'s possession.

**III. DAMAGES**

Other than its attorney's fees and costs incurred in this litigation, which is not calculable at this time, X Corp. does not currently claim any damages in relation to this action. Defendants are not entitled to recover any damages or other relief.

**IV. APPLICABLE INSURANCE AGREEMENT – FED R. CIV. P. 26(a)(1)(A)(iv)**

X Corp. is currently unaware of any applicable insurance policies.

In providing the above initial disclosures, X Corp. does not waive any objections, defenses or applicable privileges. X Corp. will supplement these disclosures to the extent required by the Federal Rules of Civil Procedure and the Local Rules of Court.

Dated: February 29, 2024

KEKER, VAN NEST & PETERS LLP

By: */s/ David Silbert*
DAVID SILBERT
SHARIF E. JACOB
KRISTEN E. LOVIN
TAYLOR REEVES
EMILY A. HASSELBERG

Attorneys for Plaintiff X CORP.

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **February 29, 2024**, I served the following document(s):

    **PLAINTIFF X CORP.'S INITIAL DISCLOSURES UNDER FEDERAL RULE 26(A)**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

☑ by regular **UNITED STATES MAIL** by placing Copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker, Van Nest & Peters LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Benjamin W. Hattenbach<br>Charlotte J. Wen<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>bhattenbach@irell.com<br>cwen@irell.com | *Attorneys for Defendants Adeia Inc., Adeia Media LLC, Adeia Guides Inc.* |
| A. Matthew Ashley<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660<br>mashley@irell.com | |

Executed on **February 29, 2024**, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Jennifer Gray