1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| X CORP., | Case No. 3:23-cv-06151-TLT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY AND FOR PROTECTIVE ORDER** |
| v. | |
| ADEIA INC., ADEIA MEDIA LLC, and ADEIA GUIDES INC. | |
| Defendants. | The Honorable Trina L. Thompson |

Before the Court is Defendants Adeia Inc., Adeia Media LLC, and Adeia Guides Inc.'s Motion to Stay Discovery Pending Resolution Of Defendants' Motion to Dismiss And For Protective Order (the "Motion").

Having considered the parties' briefs and supporting materials, Adeia's Motion to Dismiss and all associated filings, and the parties' Joint Case Management Statement, this Court hereby GRANTS the Motion as follows:

- All discovery deadlines, including Patent Local Rule deadlines and discovery responses, are **STAYED** pending resolution of Adeia's Motion to Dismiss (ECF No. 23).
- Adeia's motion for a protective order extending the time to respond to plaintiff's discovery requests is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2024

HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE