1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

12

X CORP.,

13

Plaintiff,

14

v.

15

ADEIA INC., ADEIA MEDIA LLC, and
ADEIA GUIDES INC.

16

17

Defendants.

18

19

Case No. 3:23-cv-06151-TLT-PHK

**DECLARATION OF CHARLOTTE J.
WEN IN SUPPORT OF DEFENDANTS'
MOTION TO STAY DISCOVERY
PENDING RESOLUTION OF MOTION
TO DISMISS, AND FOR PROTECTIVE
ORDER (ECF NO. 40)**

Magistrate Judge: Hon. Peter H. Kang
District Judge: Hon. Trina L. Thompson

20

21

I, Charlotte J. Wen, declare as follows:

22

1.      I am an attorney at the law firm of Irell & Manella LLP, and am counsel of record

23

for Defendants Adeia Inc., Adeia Media LLC, and Adeia Guides Inc. (collectively, "Adeia") in the

24

above captioned case.  I am a member in good standing of the State Bar of California and have been

25

admitted to practice before this Court.  I have personal knowledge of the facts set forth in this

26

Declaration and, if called as a witness, could and would testify competently to such facts under oath.

27

28

DECLARATION OF CHARLOTTE J. WEN IN
SUPPORT OF DEFENDANTS' MOTION TO STAY          - 1 -          CASE NO. 3:23-cv-06151-TLT-PHK

2.      I submit this Declaration in support of Adeia's Motion to Stay Discovery Pending Resolution of Adeia's Motion to Dismiss, and for Protective Order (ECF No. 40) and supporting reply brief.  I understand that X has contended that Adeia delayed in filing its Motion to Stay.

3.      On <u>February 15, 2024</u>, the parties met and conferred by Zoom pursuant to Rule 26(f) and discussed, among other things, the case schedule.  Adeia proposed deferring discovery until after the resolution of its motion to dismiss.  X indicated that X would likely want to frame it differently in the CMC statement.  X's attorneys did not mention any plans to serve discovery requests prior to the case management conference, which at the time was scheduled for March 7.

4.      On <u>March 26, 2024</u>, the parties met and conferred by Zoom to discuss Adeia's Motion to Stay, and were unable to reach agreement.

5.      Attached hereto as **Exhibit 3** is a highlighted copy of the parties' email chain regarding Rule 26(f) and Adeia's proposed stay, from February 13, 2024 through 3:00 PM on February 29, 2024.

6.      The below timeline summarizes relevant communications between the parties:

| Date | Event |
|---|---|
| **January 16** (Tues.) | Adeia files Motion to Dismiss ("MTD"). ECF No. 23. |
| **February 13** (Tues.) | X reaches out to schedule the Rule 26(f) conference, and states that it "is prepared to dismiss this action without prejudice if Adeia agrees that, if it later sues X for patent infringement, it will do so in the Northern District of California." Ex. 3 at 4–5. |
| **February 15** (Thur.) | <u>Rule 26(f) Conference:</u> The parties discuss the case schedule.  Adeia proposes deferring discovery until after resolution of its MTD.  X does not mention seeking discovery.  *See supra* ¶ 3. |
| **February 20** (Tues.) | X files Opposition to Adeia's MTD without seeking jurisdictional discovery.  ECF No. 35. |
| **February 21** (Wed.) | Adeia asks whether X will consent to a discovery stay. Ex. 3 at 3. |

| Date | Event |
|---|---|
| **February 26** (Mon.) | Having received no response, Adeia follows up.  X responds that it will not consent to a stay.  Adeia states that it will move to stay, offers a further meet and confer, and provides a draft CMC statement. Ex. 3 at 2. |
| **February 29** (Thur.) | <u>CMC Statement Deadline:</u> Having received no response, Adeia follows up twice and requests a response no later than 3:00 PM. Ex. 3 at 1–2.  At that time, X simultaneously serves its Rule 26(a)(1) Initial Disclosures, First Set of Interrogatories, First Set of Requests for Production, and its initial revisions to the CMC statement, in which it proposes discovery deadlines for the first time.  Ex. 3 at 1; Ex. 1. |
| **March 5** (Tues.) | Adeia files its Motion to Stay (ECF No. 42), noticing it for a hearing before Judge Thompson on April 9, 2024. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 26, 2024 in Los Angeles, California.

_____
Charlotte J. Wen