# Exhibit 3

| | |
|---|---|
| **From:** | Amrutha D. Dorai <ADorai@keker.com> |
| **Sent:** | Thursday, February 29, 2024 2:56 PM |
| **To:** | Wen, Charlotte; Sharif E. Jacob; David Silbert; ADEIA-KVP |
| **Cc:** | Werner, Tom; Hattenbach, Ben; Ashley, Matt; Koo, Justin; Cervantes, Elaine |
| **Subject:** | RE: X Corp. v. Adeia |
| **Attachments:** | ADEIA - 2024-02-06 DRAFT Joint Case Management Statement KVP Redline(2589501.1).docx; ADEIA - 2024-02-26 DRAFT Joint Case Management Statement [KVP edits](2586600.3).docx |

Charlotte:

We appreciate your patience.  Attached are both clean and redlined copies of X's edits to the CMC Statement.  If Adeia accepts our revisions, and has no additional revisions, you have our authorization to sign and file.  However, if Adeia has additional edits, please send them to us before filing.

Thanks,
Amrutha

---

**Amrutha D. Dorai**
Pronouns: She/Her/Hers
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6649 direct | 415 391 5400 main
adorai@keker.com | keker.com

---

**From:** Wen, Charlotte <cwen@irell.com>
**Sent:** Thursday, February 29, 2024 2:04 PM
**To:** Sharif E. Jacob <SJacob@keker.com>; David Silbert <DSilbert@keker.com>; ADEIA-KVP <ADEIAKVP@keker.com>
**Cc:** Werner, Tom <TWerner@irell.com>; Hattenbach, Ben <BHattenbach@irell.com>; Ashley, Matt <MAshley@irell.com>; Koo, Justin <JKoo@irell.com>; Cervantes, Elaine <ECervantes@irell.com>
**Subject:** RE: X Corp. v. Adeia

**[EXTERNAL]**

Hi Sharif,

The case management statement is due today.  Could you please get us X's edits (if any) by 3 pm Pacific so that we have sufficient time to finalize?

Thanks,
Charlotte

**From:** Wen, Charlotte
**Sent:** Thursday, February 29, 2024 10:10 AM
**To:** 'Sharif E. Jacob' <SJacob@keker.com>; 'David Silbert' <DSilbert@keker.com>; 'ADEIA-KVP' <ADEIAKVP@keker.com>
**Cc:** Werner, Tom <TWerner@irell.com>; Hattenbach, Ben <BHattenbach@irell.com>; Ashley, Matt <MAshley@irell.com>; Koo, Justin <JKoo@irell.com>; Cervantes, Elaine <ECervantes@irell.com>
**Subject:** RE: X Corp. v. Adeia

Hi Sharif,

When can we expect to receive X's edits to the case management statement?

Thanks,
Charlotte

**From:** Wen, Charlotte
**Sent:** Monday, February 26, 2024 6:40 PM
**To:** 'Sharif E. Jacob' <SJacob@keker.com>; David Silbert <DSilbert@keker.com>; ADEIA-KVP <ADEIAKVP@keker.com>
**Cc:** Werner, Tom <TWerner@irell.com>; Hattenbach, Ben <BHattenbach@irell.com>; Ashley, Matt <MAshley@irell.com>; Koo, Justin <JKoo@irell.com>; Cervantes, Elaine <ECervantes@irell.com>
**Subject:** RE: X Corp. v. Adeia

Hi Sharif,

Thanks for letting us know. In light of X's position, Adeia intends to move for a stay of all discovery pending the Court's resolution of its motion to dismiss. We understand based on your email below that X opposes, but please let us know if that is not the case.

In addition, please find attached a draft of the case management statement, which addresses all of the topics required under the NDCA general standing order and the Patent Local Rules. Given that X does not agree to postpone discovery until after Adeia's motion to dismiss has been resolved, we've drafted several sections as though they are opposed. That said, we're happy to get on a call to discuss either our stay motion or the case management statement in order to hopefully streamline some issues before the CMC.

Thanks,
Charlotte

**From:** Sharif E. Jacob <SJacob@keker.com>
**Sent:** Monday, February 26, 2024 1:24 PM
**To:** Wen, Charlotte <cwen@irell.com>; David Silbert <DSilbert@keker.com>; ADEIA-KVP <ADEIAKVP@keker.com>
**Cc:** Werner, Tom <TWerner@irell.com>; Hattenbach, Ben <BHattenbach@irell.com>; Ashley, Matt <MAshley@irell.com>; Koo, Justin <JKoo@irell.com>; Cervantes, Elaine <ECervantes@irell.com>
**Subject:** RE: X Corp. v. Adeia

Charlotte:

Thanks for reaching out. X does not consent to a stay. When can we expect a draft of the CMC statement?

**Sharif E. Jacob**
Keker, Van Nest & Peters LLP
633 Battery Street

San Francisco, CA 94111-1809
415 676 2237 direct | 415 391 5400 main
sjacob@keker.com | vcard | keker.com

---

**From:** Wen, Charlotte <cwen@irell.com>
**Sent:** Monday, February 26, 2024 10:49 AM
**To:** David Silbert <DSilbert@keker.com>; ADEIA-KVP <ADEIAKVP@keker.com>
**Cc:** Werner, Tom <TWerner@irell.com>; Hattenbach, Ben <BHattenbach@irell.com>; Ashley, Matt <MAshley@irell.com>; Koo, Justin <JKoo@irell.com>; Cervantes, Elaine <ECervantes@irell.com>
**Subject:** RE: X Corp. v. Adeia

**[EXTERNAL]**

Hi David and team,

Could you please let us know today whether X would be amenable to a stipulation to stay the case pending the Court's ruling on Adeia's motion to dismiss? Our deadline to file the case management statement is this Thursday. Again, we're available to discuss live if that would be helpful.

Thanks,
Charlotte

**From:** Wen, Charlotte
**Sent:** Wednesday, February 21, 2024 8:40 PM
**To:** David Silbert <DSilbert@keker.com>; ADEIA-KVP <ADEIAKVP@keker.com>
**Cc:** Werner, Tom <TWerner@irell.com>; Hattenbach, Ben <BHattenbach@irell.com>; Ashley, Matt <MAshley@irell.com>; Koo, Justin <JKoo@irell.com>; Cervantes, Elaine <ECervantes@irell.com>
**Subject:** RE: X Corp. v. Adeia

Hi David and team,

Per our call last week, we are preparing a draft case management statement that we will send over ASAP.

Would X be amenable to a stipulation to stay the case (excluding the CMC) pending the Court's ruling on Adeia's motion to dismiss? As we discussed, we don't think it makes sense for the parties and the Court to commit substantial resources until after the question of subject matter jurisdiction has been resolved. We're available to discuss live if that would be helpful.

Thanks,
Charlotte

Charlotte J. Wen (she/they) | Irell & Manella LLP | P: 310.203.7541 | cwen@irell.com

**From:** Wen, Charlotte
**Sent:** Thursday, February 15, 2024 3:57 PM
**To:** 'David Silbert' <DSilbert@keker.com>; Ashley, Matt <MAshley@irell.com>; Koo, Justin <JKoo@irell.com>; Cervantes, Elaine <ECervantes@irell.com>

3

**Cc:** ADEIA-KVP <ADEIAKVP@keker.com>; Werner, Tom <TWerner@irell.com>
**Subject:** RE: X Corp. v. Adeia

Hi David and team,

Thanks for the call today.  Per our discussion, please see attached for a draft ESI stipulation and draft clawback provision.  Let us know if you have any comments or revisions.

Thanks,
Charlotte

Charlotte J. Wen (she/they) | Irell & Manella LLP | P: 310.203.7541 | cwen@irell.com

---

**From:** David Silbert <DSilbert@keker.com>
**Sent:** Tuesday, February 13, 2024 10:22 PM
**To:** Ashley, Matt <MAshley@irell.com>; Wen, Charlotte <cwen@irell.com>; Koo, Justin <JKoo@irell.com>; Cervantes, Elaine <ECervantes@irell.com>
**Cc:** ADEIA-KVP <ADEIAKVP@keker.com>; Werner, Tom <TWerner@irell.com>
**Subject:** Re: X Corp. v. Adeia

That works.  We can send an invite.

---

**From:** Ashley, Matt <MAshley@irell.com>
**Sent:** Tuesday, February 13, 2024 6:20:14 PM
**To:** David Silbert <DSilbert@keker.com>; Wen, Charlotte <cwen@irell.com>; Koo, Justin <JKoo@irell.com>; Cervantes, Elaine <ECervantes@irell.com>
**Cc:** ADEIA-KVP <ADEIAKVP@keker.com>; Werner, Tom <TWerner@irell.com>
**Subject:** RE: X Corp. v. Adeia

**[EXTERNAL]**

Would 11am PT work for you?

Matt

---

**From:** David Silbert <DSilbert@keker.com>
**Sent:** Tuesday, February 13, 2024 10:47 AM
**To:** Wen, Charlotte <cwen@irell.com>; Ashley, Matt <MAshley@irell.com>; Hattenbach, Ben <BHattenbach@irell.com>; Koo, Justin <JKoo@irell.com>; Cervantes, Elaine <ECervantes@irell.com>
**Cc:** ADEIA-KVP <ADEIAKVP@keker.com>
**Subject:** X Corp. v. Adeia

Counsel—Thursday is our deadline to meet and confer under Rule 26(f).  Can you please provide some times on Thursday when you're available and we'll get something on calendar.

Relatedly, while we of course dispute the assertions in your motion to dismiss, we're mindful of Adeia's contention that there's no case or controversy between the parties.   In light of Adeia's position, X is prepared to dismiss this action without prejudice if Adeia agrees that, if it later sues X for patent infringement, it will do so in the Northern District of California.  Please

let us know if Adeia is amenable to this, in which case we can make the necessary arrangements.

Finally, since our ADR certification is also due, we wanted to confirm our understanding that the parties agree to private mediation as an ADR method.  If you have a different understanding, please let us know.

Thanks.

**David Silbert**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2261 direct | 415 391 5400 main
dsilbert@keker.com | vcard | keker.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.