**FILED UNDER SEAL**

KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
KRISTEN E. LOVIN - # 293688
klovin@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
EMILY A. HASSELBERG - # 326990
ehasselberg@keker.com
AMRUTHA DORAI - # #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Plaintiff X CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP., a Nevada corporation,

Plaintiff,

v.

ADEIA INC., a Delaware corporation; ADEIA MEDIA LLC, a Delaware limited liability company; and ADEIA GUIDES INC. (f/k/a ROVI GUIDES INC.), a Delaware corporation,

Defendant.

Case No. 3:23-cv-06151-TLT

**PLAINTIFF X CORP.'S RESPONSE TO THE COURT'S NOTICE OF QUESTIONS**

Date: April 23, 2024
Time: 2:00 p.m.
Dept.: Courtroom 9 – 19th Floor
Judge: Hon. Judge Trina L. Thompson

Date Filed: November 28, 2023
Trial Date: None Set

Plaintiff X Corporation ("X") respectfully submits the following response to the Court's Notice of Questions, ECF No. 56.

**QUESTION NO. 1**

From the case management conference, the Court understands that (1) there is a pending state court action adjudicating the breach of contract claim brought by Defendants against Plaintiff; and (2) the parties are engaged in settlement discussions in that court action which, if reached, would be a global settlement. Have the parties scheduled private mediation yet? If yes, what is the date and time of that mediation, and what is the name of the mediator? If not, please explain the status of scheduling mediation to discuss a global settlement.

**RESPONSE TO QUESTION NO. 1**

The parties have not yet scheduled private mediation but are engaged in informal negotiations around settlement.

**QUESTION NO. 2**

How many other patents are at issue in the contract besides the four patents at issue? What is the latest-running patent covered by the parties in the agreement being disputed in the Santa Clara Superior Court? For any of the four patents at issue, listed in footnote 1, have any of them lapsed due to the non-payment of fees that were due to the USPTO? If so, for which patents, and what is the date range that the fees were unpaid for?

**RESPONSE TO QUESTION NO. 2**

The Patent License Agreement ("PLA") [redacted] *See* Ex. A (PLA excerpt). [redacted] *See* ECF No. 23-3.

X requested, by way of Request for Production ("RFP") No. 15, documents sufficient to identify the patents licensed by the PLA. *See* Ex. B at 19 (Excerpt of Adeia's Responses to X's First Set of RFPs). Because Adeia refused to provide a complete response to this RFP, X [redacted]

[redacted]

Similarly, given Adeia's refusal to provide responsive discovery, X cannot feasibly determine the latest-running patent covered by the PLA. The latest-issued U.S. patent [redacted] is U.S. Patent No. 11,756,071, which was issued on September 12, 2023 and will expire on December 11, 2038.

Based on X's review of USPTO records, none of the patents-in-suit have lapsed due to non-payment of fees.

**QUESTION NO. 3**

Have any of the patents at issue been assigned before Defendants' ownership of them, including assignment to Defendants? If so, please provide a brief explanation of the history of the assignment and/or transfer of interest and include whether the terms of that assignment or transfer included any prohibitions that would preclude the enforcement of the patents.

**RESPONSE TO QUESTION NO. 3**

X requested information responsive to this Question in its First Sets of Interrogatories and RFPs, but Adeia directed X to the USPTO database without providing further response. *See* Ex. B at 10-11, 18-19 (Responses to RFPs Nos. 5, 14, 15); Ex. C at 9-10 (Response to Interrogatory No. 3).

X has attached as Exhibit D all information about the assignment histories of the patents-in-suit[1] available through the USPTO Patent Assignment Search database. Each patent-in-suit appears to have been assigned multiple times. X does not possess information on assignment of the patents-in-suit beyond what is publicly available through this database, including any unrecorded assignments, assignment terms, or prohibitions. In light of Adeia's refusal to provide responsive discovery, X is unable to provide a complete answer to this Question.

**QUESTION NO. 4**

Have any issues presented in this action relating to the four patents at issue been the subject of any prior or pending proceedings relating to their enforcement (whether the proceedings were in state court, federal court, before PTAB or before the USPTO)? If so, please

[1] U.S. Patent Nos. 10,694,137; 10,951,563; 11,288,582; 11,756,071.

list the cases.

**RESPONSE TO QUESTION NO. 4**

Based on X's review of publicly available documents, the patents-in-suit have not been the subject of any other prior or pending proceedings related to their enforcement. Adeia represented in its responses to X's RFPs that neither it nor its predecessors-in-interest have previously filed suit based on the patents-in-suit. *See* Ex. B at 11 (Response to RFP No. 6).

Dated: April 16, 2024

KEKER, VAN NEST & PETERS LLP

By: */s/ David Silbert*
DAVID SILBERT
SHARIF E. JACOB
KRISTEN E. LOVIN
TAYLOR REEVES
EMILY A. HASSELBERG
AMRUTHA DORAI

Attorneys for Plaintiff X CORP.