KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
KRISTEN E. LOVIN - # 293688
klovin@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
EMILY A. HASSELBERG - # 326990
ehasselberg@keker.com
AMRUTHA DORAI - # #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Plaintiff X CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP., a Nevada corporation,

Plaintiff,

v.

ADEIA INC., a Delaware corporation; ADEIA MEDIA LLC, a Delaware limited liability company; and ADEIA GUIDES INC. (f/k/a ROVI GUIDES INC.), a Delaware corporation,

Defendant.

Case No. 3:23-cv-06151-TLT

**DECLARATION OF AMRUTHA DORAI IN SUPPORT OF PLAINTIFF X CORP.'S RESPONSE TO THE COURT'S NOTICE OF QUESTIONS**

Date: April 23, 2024
Time: 2:00 p.m.
Dept.: Courtroom 9 – 19th Floor
Judge: Hon. Judge Trina L. Thompson

Date Filed: November 28, 2023
Trial Date: None Set

I, Amrutha Dorai, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an associate at the law firm of Keker, Van Nest & Peters LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for X Corp. ("X") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called to testify as a witness thereto, could do so competently under oath.

2. Attached as Exhibit A is a true and correct excerpted copy of the Patent License Agreement, dated April 25, 2019.

3. Attached as Exhibit B is a true and correct excerpted copy of Adeia's Responses to X's First Set of Requests for Production, dated April 2, 2024.

4. Attached as Exhibit C is a true and correct excerpted copy of Adeia's Responses to X's First Set of Interrogatories, dated April 2, 2024.

5. Attached as Exhibit D is a true and correct copy of the publicly available USPTO Patent Assignment Histories for the patents-in-suit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 16, 2024, in San Francisco, California.

*/s/ Amrutha Dorai*
AMRUTHA DORAI