# EXHIBIT A

# EXHIBIT FILED UNDER SEAL