# EXHIBIT B

# EXHIBIT FILED UNDER SEAL