Benjamin W. Hattenbach (SBN 186455)
Charlotte J. Wen (SBN 313572)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
bhattenbach@irell.com
cwen@irell.com

A. Matthew Ashley (SBN 198235)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Telephone: (949) 760-0991
mashley@irell.com

*Counsel for Defendants*
ADEIA INC., ADEIA MEDIA LLC, ADEIA GUIDES INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| X CORP.,<br><br>Plaintiff,<br><br>v.<br><br>ADEIA INC., ADEIA MEDIA LLC, and ADEIA GUIDES INC.<br><br>Defendants. | Case No. 3:23-cv-06151-TLT-PHK<br><br>**DEFENDANTS' RESPONSES TO PLAINTIFF X CORPORATION'S FIRST SET OF INTERROGATORIES (Nos. 1–4)**<br><br>**CONTAINS CONFIDENTIAL INFORMATION** |

> presented as net loss from discontinued operations, net of tax on the Condensed Consolidated Statements of Operations. For further information on discontinued operations, see "Note 7 – *Discontinued Operations*". Unless noted otherwise, discussion in the Notes to the Condensed Consolidated Financial Statements pertains to continuing operations.
>
> Additionally, as a result of the Separation, the Company changed its operational structure in the fourth quarter of 2022, resulting in one reportable segment: IP Licensing. (at 9)
>
> Following the Separation, we are a leading IP licensing platform in the consumer and entertainment space, with a diverse portfolio of media and semiconductor intellectual property and more than 10,500 patents and patent applications worldwide. In order to serve an increasingly connected world, we invent, develop, and license fundamental innovations that enhance billions of devices and shape the way millions of people explore and experience entertainment. Through our IP licensing business, we help enable extraordinary experiences at home and on the go for millions of consumers around the world, with IP that helps elevate content and improves how audiences connect with it in a way that is more intelligent, immersive and personal. Through providing the IP that helps to power smart devices, entertainment experiences and more, we have created a unified ecosystem that reaches highly-engaged consumers and uncovered new business opportunities.
>
> Headquartered in Silicon Valley with more than 35 years of operating experience, we have approximately 130 employees, with substantially all of our employees located in the U.S.

Adeia Inc. Quarterly Report (Form 10-Q) (September 30, 2023) at 9.

**INTERROGATORY NO. 3**:

Describe the complete ownership history of the Patents-in-Suit, including without limitation an identification of: (a) all assignments and acquisitions concerning the Patents-in-Suit; (b) all contracts, assignments, or other instruments transferring any interest in the patent from one Person to another or creating an interest in the patent for the benefit of one or more Persons, including the name, date, parties to, and production number of the instrument; and (c) the financial consideration exchanged by, and terms associated with, the acquisition of any of the Patents-in-Suit by Your predecessors-in-interest.

**RESPONSE TO INTERROGATORY NO. 3**:

Adeia incorporates by reference its General Objections. Adeia objects to this interrogatory as unduly burdensome and compound, including because it contains multiple subparts. Adeia

objects to this interrogatory because it seeks information that is not relevant to the only claims in this action, which are X's declaratory judgment claims for non-infringement of the Declaratory Judgment Patents, and is thus not reasonably calculated to lead to the discovery of admissible evidence, and is therefore unreasonably burdensome and oppressive. Adeia further objects to this interrogatory as premature to the extent that it seeks expert opinions or contentions in advance of the date when such disclosure is required based on the Court's orders and this District's Patent Local Rules.

Subject to, and without waiving any of its objections, Adeia responds as follows: Adeia directs X to the United States Patent and Trademark Office's searchable patent assignment database, which includes all recorded patent assignment information from August 1980 to the present. Some non-limiting examples of the information included in the database includes:

Adeia Guides Inc. is the current assignee of U.S. Patent No. 10,694,137 (the "'137 Patent").

Adeia Guides Inc. is the current assignee of U.S. Patent No. 10,951,563 (the "'563 Patent").

Adeia Guides Inc. is the current assignee of U.S. Patent No. 11,288,582 (the "'582 Patent").

Adeia Guides Inc. is the current assignee of U.S. Patent No. 11,756,071 (the "'071 Patent").

**INTERROGATORY NO. 4**:

Identify each Named Inventor; state whether each Named Inventor is represented by counsel; and, if so, Identify that counsel.

**RESPONSE TO INTERROGATORY NO. 4**:

Adeia incorporates by reference its General Objections. Adeia objects to this interrogatory on the grounds and to the extent that it seeks information that is publicly available on the face of the Declaratory Judgment Patents themselves and therefore obtainable from a more convenient, less burdensome, and less expensive source. Adeia further objects to this interrogatory on the grounds and to the extent that it seeks information protected by work-product immunity, attorney-client privilege, or any other applicable privilege, immunity, or restriction on discovery.

Subject to, and without waiving any of its objections, Adeia responds as follows: The inventors of the Declaratory Judgment Patents possess privileged information and thus should not

Dated: April 2, 2024

Respectfully submitted,

By: */s/ Charlotte J. Wen*
Charlotte J. Wen

Benjamin W. Hattenbach (SBN 186455)
Charlotte J. Wen (SBN 313572)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
bhattenbach@irell.com
cwen@irell.com

A. Matthew Ashley (SBN 198235)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Telephone: (949) 760-0991
mashley@irell.com

*Counsel for Defendants*
ADEIA INC., ADEIA MEDIA LLC,
ADEIA GUIDES INC.