# EXHIBIT D

UNITED STATES
PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 15200216

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SYSTEMS AND METHODS FOR RESIZING CONTENT BASED ON A RELATIVE IMPORTANCE OF THE CONTENT<br>Vishwas Sharadanagar Panchaksharaiah, Vikram Makam Gupta | 10694137<br>Jun 23, 2020 | 20170332036<br>Nov 16, 2017 | 15200216<br>Jul 01, 2016 | | |

## Assignments (5 of 5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 053458/0749 | Jun 01, 2020 | Jun 05, 2020 | 2254 | 109 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
HPS INVESTMENT PARTNERS, LLC

**Correspondent**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
MONIQUE L. RIBANDO
NEW YORK, NY 10001-8602

**Assignee**
ROVI SOLUTIONS CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI TECHNOLOGIES CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI GUIDES, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

TIVO SOLUTIONS, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

VEVEO, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 053481/0790 | Jun 01, 2020 | Jun 05, 2020 | 2254 | 111 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
MORGAN STANLEY SENIOR FUNDING, INC.

**Correspondent**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
MONIQUE L. RIBANDO
NEW YORK, NY 10001-8602

**Assignee**
ROVI SOLUTIONS CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI TECHNOLOGIES CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI GUIDES, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

TIVO SOLUTIONS, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

VEVEO, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 053468/0001 | Jun 01, 2020 | Jun 01, 2020 | 4450 | 502 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ROVI SOLUTIONS CORPORATION
ROVI TECHNOLOGIES CORPORATION
ROVI GUIDES, INC.
TIVO SOLUTIONS INC.
VEVEO, INC.
INVENSAS CORPORATION
INVENSAS BONDING TECHNOLOGIES, INC.
TESSERA, INC.
TESSERA ADVANCED TECHNOLOGIES, INC.
DTS, INC.
PHORUS, INC.
IBIQUITY DIGITAL CORPORATION

**Correspondent**
STEWART WALSH
1025 VERMONT AVE NW, SUITE 1130
COGENCY GLOBAL INC.
WASHINGTON, DC 20005

**Assignee**
BANK OF AMERICA, N.A.
101 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28255

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 051110/0006 | Nov 22, 2019 | Nov 25, 2019 | 2251 | 112 |

**Conveyance**
PATENT SECURITY AGREEMENT

**Assignors**
ROVI SOLUTIONS CORPORATION
ROVI TECHNOLOGIES CORPORATION
ROVI GUIDES, INC.
TIVO SOLUTIONS, INC.
VEVEO, INC.

**Correspondent**
STEWART WALSH
1025 VERMONT AVE NW, STE 1130
COGENCY GLOBAL INC.
WASHINGTON, DC 20005

**Assignee**
MORGAN STANLEY SENIOR FUNDING, INC., AS

COLLATERAL AGENT
1300 THAMES STREET, THAMES STREET WHARF,
4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 051143/0468 | Nov 22, 2019 | Nov 22, 2019 | 2251 | 111 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ROVI SOLUTIONS CORPORATION
ROVI TECHNOLOGIES CORPORATION
ROVI GUIDES, INC.
TIVO SOLUTIONS, INC.
VEVEO, INC.

**Correspondent**
NATHANIEL T. BROWAND, ESQ.
55 HUDSON YARDS
MILBANK, LLP
NEW YORK, NY 10001-2163

**Assignee**
HPS INVESTMENT PARTNERS, LLC, AS
COLLATERAL AGENT
40 WEST 57TH STREET, 33RD FLOOR
NEW YORK, NEW YORK 10019

UNITED STATES PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 16454627

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| ENHANCING A SOCIAL MEDIA POST WITH CONTENT THAT IS RELEVANT TO THE AUDIENCE OF THE POST<br>Madhusudhan Srinivasan | 10951563<br>Mar 16, 2021 | 20200412674<br>Dec 31, 2020 | 16454627<br>Jun 27, 2019 | | |

## Assignments (6 of 6 total)

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 053458/0749 | Jun 01, 2020 | Jun 05, 2020 | 2254 | 109 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
HPS INVESTMENT PARTNERS, LLC

**Correspondent**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ONE MANHATTAN WEST
MONIQUE L. RIBANDO
NEW YORK, NY 10001-8602

**Assignee**
ROVI SOLUTIONS CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI TECHNOLOGIES CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI GUIDES, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

TIVO SOLUTIONS, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

VEVEO, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 053481/0790 | Jun 01, 2020 | Jun 05, 2020 | 2254 | 111 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
MORGAN STANLEY SENIOR FUNDING, INC.

**Correspondent**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ONE MANHATTAN WEST
MONIQUE L. RIBANDO
NEW YORK, NY 10001-8602

**Assignee**
ROVI SOLUTIONS CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI TECHNOLOGIES CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI GUIDES, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

TIVO SOLUTIONS, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

VEVEO, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 053468/0001 | Jun 01, 2020 | Jun 01, 2020 | 4450 | 502 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ROVI SOLUTIONS CORPORATION
ROVI TECHNOLOGIES CORPORATION
ROVI GUIDES, INC.
TIVO SOLUTIONS INC.
VEVEO, INC.
INVENSAS CORPORATION
INVENSAS BONDING TECHNOLOGIES, INC.
TESSERA, INC.
TESSERA ADVANCED TECHNOLOGIES, INC.
DTS, INC.
PHORUS, INC.
IBIQUITY DIGITAL CORPORATION

**Correspondent**
STEWART WALSH
1025 VERMONT AVE NW, SUITE 1130
COGENCY GLOBAL INC.
WASHINGTON, DC 20005

**Assignee**
BANK OF AMERICA, N.A.
101 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28255

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 051110/0006 | Nov 22, 2019 | Nov 25, 2019 | 2251 | 112 |

**Conveyance**
PATENT SECURITY AGREEMENT

**Assignors**
ROVI SOLUTIONS CORPORATION
ROVI TECHNOLOGIES CORPORATION
ROVI GUIDES, INC.
TIVO SOLUTIONS, INC.
VEVEO, INC.

**Correspondent**
STEWART WALSH
1025 VERMONT AVE NW, STE 1130
COGENCY GLOBAL INC.
WASHINGTON, DC 20005

**Assignee**
MORGAN STANLEY SENIOR FUNDING, INC., AS
COLLATERAL AGENT
1300 THAMES STREET, THAMES STREET WHARF,
4TH FLOOR

BALTIMORE, MARYLAND 21231

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 051143/0468 | Nov 22, 2019 | Nov 22, 2019 | 2251 | 111 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ROVI SOLUTIONS CORPORATION
ROVI TECHNOLOGIES CORPORATION
ROVI GUIDES, INC.
TIVO SOLUTIONS, INC.
VEVEO, INC.

**Correspondent**
NATHANIEL T. BROWAND, ESQ.
55 HUDSON YARDS
MILBANK, LLP
NEW YORK, NY 10001-2163

**Assignee**
HPS INVESTMENT PARTNERS, LLC, AS
COLLATERAL AGENT
40 WEST 57TH STREET, 33RD FLOOR
NEW YORK, NEW YORK 10019

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 050297/0695 | Jul 15, 2019 | Sep 06, 2019 | 1 | 3 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
SRINIVASAN, MADHUSUDHAN

**Correspondent**
HALEY GUILIANO LLP
75 BROAD STREET
SUITE 1000
NEW YORK, NY 10004

**Assignee**
ROVI GUIDES, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

UNITED STATES
PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 16370101

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SYSTEMS AND METHODS FOR PROVIDING MEDIA CONTENT RECOMMENDATIONS<br>Kyle Miller, Bryan S. Scappini, James W. Lent | 11288582<br>Mar 29, 2022 | 20200311562<br>Oct 01, 2020 | 16370101<br>Mar 29, 2019 | | |

## Assignments (6 of 6 total)

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 053458/0749 | Jun 01, 2020 | Jun 05, 2020 | 2254 | 109 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
HPS INVESTMENT PARTNERS, LLC

**Correspondent**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
MONIQUE L. RIBANDO
NEW YORK, NY 10001-8602

**Assignee**
ROVI SOLUTIONS CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI TECHNOLOGIES CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI GUIDES, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

TIVO SOLUTIONS, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

VEVEO, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 053481/0790 | Jun 01, 2020 | Jun 05, 2020 | 2254 | 111 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
MORGAN STANLEY SENIOR FUNDING, INC.

**Correspondent**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
MONIQUE L. RIBANDO

NEW YORK, NY 10001-8602

**Assignee**
ROVI SOLUTIONS CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI TECHNOLOGIES CORPORATION
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

ROVI GUIDES, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

TIVO SOLUTIONS, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

VEVEO, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 053468/0001 | Jun 01, 2020 | Jun 01, 2020 | 4450 | 502 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ROVI SOLUTIONS CORPORATION
ROVI TECHNOLOGIES CORPORATION
ROVI GUIDES, INC.
TIVO SOLUTIONS INC.
VEVEO, INC.
INVENSAS CORPORATION
INVENSAS BONDING TECHNOLOGIES, INC.
TESSERA, INC.
TESSERA ADVANCED TECHNOLOGIES, INC.
DTS, INC.
PHORUS, INC.
IBIQUITY DIGITAL CORPORATION

**Correspondent**
STEWART WALSH
1025 VERMONT AVE NW, SUITE 1130
COGENCY GLOBAL INC.
WASHINGTON, DC 20005

**Assignee**
BANK OF AMERICA, N.A.
101 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28255

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 051110/0006 | Nov 22, 2019 | Nov 25, 2019 | 2251 | 112 |

**Conveyance**
PATENT SECURITY AGREEMENT

**Assignors**
ROVI SOLUTIONS CORPORATION
ROVI TECHNOLOGIES CORPORATION
ROVI GUIDES, INC.
TIVO SOLUTIONS, INC.
VEVEO, INC.

**Correspondent**
STEWART WALSH
1025 VERMONT AVE NW, STE 1130
COGENCY GLOBAL INC.
WASHINGTON, DC 20005

**Assignee**
MORGAN STANLEY SENIOR FUNDING, INC., AS
COLLATERAL AGENT
1300 THAMES STREET, THAMES STREET WHARF,

4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 051143/0468 | Nov 22, 2019 | Nov 22, 2019 | 2251 | 111 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ROVI SOLUTIONS CORPORATION
ROVI TECHNOLOGIES CORPORATION
ROVI GUIDES, INC.
TIVO SOLUTIONS, INC.
VEVEO, INC.

**Correspondent**
NATHANIEL T. BROWAND, ESQ.
55 HUDSON YARDS
MILBANK, LLP
NEW YORK, NY 10001-2163

**Assignee**
HPS INVESTMENT PARTNERS, LLC, AS
COLLATERAL AGENT
40 WEST 57TH STREET, 33RD FLOOR
NEW YORK, NEW YORK 10019

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048750/0226 | Mar 28, 2019 | Mar 29, 2019 | 1 | 4 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
MILLER, KYLE
SCAPPINI, BRYAN S.
LENT, JAMES W.

**Correspondent**
HALEY GUILIANO LLP
75 BROAD STREET
SUITE 1000
NEW YORK, NY 10004

**Assignee**
ROVI GUIDES, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002

UNITED STATES
PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 17253044

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| MANAGING IMPRESSIONS OF AN ADVERTISEMENT CAMPAIGN<br>Joshua Brenner, Christopher Ambrozic | 11756071<br>Sep 12, 2023 | 20210264465<br>Aug 26, 2021 | 17253044<br>Dec 16, 2020 | | |

## Assignments (2 of 2 total)

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 063529/0272 | May 01, 2023 | May 03, 2023 | 1526 | 145 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ADEIA GUIDES INC.
ADEIA IMAGING LLC
ADEIA MEDIA HOLDINGS LLC
ADEIA MEDIA SOLUTIONS INC.
ADEIA SEMICONDUCTOR ADVANCED TECHNOLOGIES INC.
ADEIA SEMICONDUCTOR BONDING TECHNOLOGIES INC.
ADEIA SEMICONDUCTOR INC.
ADEIA SEMICONDUCTOR SOLUTIONS LLC
ADEIA SEMICONDUCTOR TECHNOLOGIES LLC
ADEIA SOLUTIONS LLC

**Correspondent**
JEFFREY NEGRON
PAUL HASTINGS LLP
200 PARK AVENUE
NEW YORK, NY 10166

**Assignee**
BANK OF AMERICA, N.A., AS COLLATERAL AGENT
101 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28255

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 054677/0015 | Nov 27, 2018 | Dec 17, 2020 | 1 | 3 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
BRENNER, JOSHUA
AMBROZIC, CHRISTOPHER

**Correspondent**
HALEY GUILIANO LLP
75 BROAD STREET
NEW YORK, NY 10004

**Assignee**
ROVI GUIDES, INC.
2160 GOLD STREET
SAN JOSE, CALIFORNIA 95002