UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>ADEIA INC., ADEIA MEDIA LLC, and ADEIA GUIDES INC.<br><br>    Defendants. | Case No. 3:23-cv-06151-TLT-PHK<br><br>[PROPOSED] **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ORDER GRANTING MOTION TO STAY AND FOR PROTECTIVE ORDER (ECF NO. 57)**<br><br>The Honorable Peter H. Kang |

Before the Court is Joint Administrative Motion to Seal Portions Of Order Granting Motion To Stay And For Protective Order (ECF No. 57) (the "Motion"). Having carefully considered the parties' Motion and supporting declarations, the Court ORDERS as follows:

| Docket No./Public (Sealed) | Document | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| ECF No. 57 | Order Granting Motion to Stay | Red-boxed portions at 2:9–12; 2:16–18; 9:22; 9:25–26; 11:6, 13; 12:3–4, 13:8–11, 13:19–28, 14:1–14 | Wen Declaration ¶¶ 4, 6, 7. | GRANTED |
| | | Yellow highlighted portions at 9:21-28; 11:5-6; 11:13-15; and 12:3-4. | ECF No. 26-1, Declaration of Adam Mehes ¶¶ 3, 5-7. | GRANTED |

**The Parties shall promptly file on the public docket a redacted version of the Order Staying Discovery [Dkt. 57] consistent with this Order.**

**IT IS SO ORDERED.**

Dated: April 18, 2024

HON. PETER H. KANG
UNITED STATES MAGISTRATE JUDGE