UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP.,<br><br>                Plaintiff,<br><br>    v.<br><br>ADEIA INC., et al.,<br><br>                Defendants. | Case No. 23-cv-06151-TLT<br><br>**ORDER GRANTING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: ECF Nos. 58, 59, 60, 62 |

Pending before the Court are several administrative motions (ECF Nos. 58, 59, 60, and 62) to seal portions of the parties' responses to the Court's Notice of Questions (ECF No. 56) regarding Defendants' Motion to Dismiss. Having carefully considered the Administrative Motions and Supporting Declarations, the Court GRANTS the motions.

| Document | Portions Sought to Be Sealed | Evidence in Support of Seal | Ruling |
|---|---|---|---|
| **ECF No. 58-1** Plaintiff X Corp.'s Response to Court's Notice of Questions (ECF No. 56) | Highlighted portions in ECF No. 58-1 at ECF pages 1:21-2:4. | ECF No. 26-1 (Declaration of Adam Mehes iso Motion to Seal ("Mehes Decl.")) ¶¶ 3, 5-7. Document reflects non-public terms of a patent license agreement between the parties. | **GRANTED** |
| **ECF No. 58-2** Plaintiff X Corp.'s Response to Court's Notice of Questions (ECF No. 56) Exhibit A Exhibit Filed Under Seal: Excerpt of Patent License Agreement | Highlighted portions in ECF No. 58-2 at ECF pages 2-6.<br><br>*See* ECF Nos. 29 and 41 (Orders granting Motions to Seal); *see also* ECF No. 24-5 | ECF No. 26-1 (Mehes Decl.) ¶¶ 3, 5-7. Document reflects non-public terms of a patent license agreement between the parties. | **GRANTED** |

| | | | |
|---|---|---|---|
| **ECF No. 58-3** Defendants' Responses to Plaintiff X Corporation's First Set of Requests for Production of Documents (Nos. 1-15) | Yellow-Highlighted portion in ECF No. 58-3, at ECF pages 6:24. Green-Highlighted portion in ECF No. 58-3, at ECF pages 4:27-28. | ECF 59-1 (Declaration of Charlotte J. Wen ("Wen Decl.")) ¶¶ 4, 6 (licensing discussions and activities, revealing licensing practices and strategy) *Id.* at ¶¶ 4, 8 (Wen Decl.) (proprietary details and confidential terms) | **GRANTED** |
| **ECF No. 59-2** Defendants' Statement Responding to the Court's Notice of Questions Re: Motion to Dismiss (ECF No. 56) | Yellow-Highlighted portions in ECF No. 59-2, at ECF pages 6:12-18, 6:20; 7:11; 8:1, 8:3-7; 8:10-14; 10:5-7; 10:13-14, 10:16, 11:6-8. Green-Highlighted portions in ECF No. 59-2, at ECF pages 10:5-6; 10:13-14; 10:16-17. | ECF 59-1 (Wen Decl.) ¶¶ 4, 6, 8 | **GRANTED** |

Insofar as the parties have not already filed on the public docket redacted versions of the ECF Nos. 58-2 and 58-3 listed in the above charts, the parties shall promptly file on the public docket redacted versions of them.

This Order terminates ECF Nos. 58, 59, 60, and 62.

**IT IS SO ORDERED.**

Dated: April 19, 2024

_____
TRINA L. THOMPSON
United States District Judge