1  KEKER, VAN NEST & PETERS LLP
   DAVID SILBERT - # 173128
2  dsilbert@keker.com
   SHARIF E. JACOB - # 257546
3  sjacob@keker.com
   KRISTEN E. LOVIN - # 293688
4  klovin@keker.com
   TAYLOR REEVES - # 319729
5  treeves@keker.com
   EMILY A. HASSELBERG - # 326990
6  ehasselberg@keker.com
   AMRUTHA DORAI - # 352697
7  adorai@keker.com
   633 Battery Street
8  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
9  Facsimile:    415 397 7188

10 Attorneys for Plaintiff X CORP.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 X CORP., a Nevada corporation,,            Case No. 3:23-cv-06151-TLT-PHK

14              Plaintiff,

15       v.                                   **JOINT STIPULATION AND
                                              [PROPOSED] ORDER STAYING CASE**
16 ADEIA INC., a Delaware corporation;
   ADEIA MEDIA LLC, a Delaware limited
17 liability company; and ADEIA GUIDES INC.   Judge:      Hon. Trina L. Thompson
   (f/k/a ROVI GUIDES INC.), a Delaware       Date Filed: November 28, 2023
18 corporation,,                              Trial Date: None Set

19              Defendants.

20

21

22

23

24

25

26

27

28

2711929.v3

Pursuant to Civil Local Rules 6-2 and 7-12, by and through their respective counsel, Plaintiff X Corporation ("X Corp.") and Defendants Adeia Inc., Adeia Media LLC, and Adeia Guides Inc. ("Adeia") stipulate to the following:

**WHEREAS**, on June 4, 2024, Adeia and X Corp. reached a settlement in principle, subject to entry into a final written settlement agreement;

**WHEREAS**, the parties agree that there is good cause to stay this matter until July 1, 2024, while a signed settlement agreement is being prepared;

**WHEREAS**, this Court has the "inherent authority to stay federal proceedings pursuant to its docket management powers," *Ernest Bock, LLC v. Steelman*, 76 F.4th 827, 842 (9th Cir. 2023), *cert. denied*, 144 S. Ct. 554 (2024);

**WHEREAS**, the parties have previously stipulated to extend time for pleading responses and motion briefing deadlines;

**NOW, THEREFORE**, the parties stipulate, subject to the approval of the Court, that:

1.   This matter shall be and hereby is stayed until July 1, 2024;

2.   The stay shall be retroactive to June 4, 2024;

3.   Any existing deadlines shall be extended by thirty (30) calendar days, including, without limitation, those deadlines set by the Court, the Federal Rules of Civil Procedure, this Court's Local Rules, and/or agreed to by the parties or third parties;

4.   All currently scheduled hearings shall be taken off the calendar and rescheduled, if necessary, after the stay expires;

5.   Before the expiration of the stay, the parties shall meet and confer and contact the Court to continue the stay or schedule a case management conference, as may be appropriate.

2711929.v3

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  June 7, 2024                                    KEKER, VAN NEST & PETERS LLP


                                          By:     /s/ *David Silbert*
                                                  DAVID SILBERT
                                                  SHARIF E. JACOB
                                                  KRISTEN E. LOVIN
                                                  TAYLOR REEVES
                                                  EMILY A. HASSELBERG
                                                  AMRUTHA DORAI

                                                  Attorneys for Plaintiff X CORP.


Dated:  June 7, 2024                                    IRELL & MANELLA LLP


                                          By:     /s/ *Charlotte J. Wen*
                                                  BENJAMIN W. HATTENBACH
                                                  CHARLOTTE J. WEN
                                                  A. MATTHEW ASHLEY

                                                  Attorneys for Defendants ADEIA INC.,
                                                  ADEIA MEDIA LLC, ADEIA
                                                  GUIDES INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


 Dated:  _____

                                                  Honorable Trina L. Thompson
                                                  United States District Court Judge

2711929.v3