| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>SHARIF E. JACOB - # 257546<br>sjacob@keker.com<br>KRISTEN E. LOVIN - # 293688<br>klovin@keker.com<br>TAYLOR REEVES - # 319729<br>treeves@keker.com<br>EMILY A. HASSELBERG - # 326990<br>ehasselberg@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br><br>*Counsel for Plaintiff*<br>X CORP. | Benjamin W. Hattenbach (SBN 186455)<br>Charlotte J. Wen (SBN 313572)<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone:  (310) 277-1010<br>bhattenbach@irell.com<br>cwen@irell.com<br><br>A. Matthew Ashley (SBN 198235)<br>**IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California  92660<br>Telephone: (949) 760-0991<br>mashley@irell.com<br><br>*Counsel for Defendants*<br>ADEIA INC., ADEIA MEDIA LLC, ADEIA GUIDES INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP.,<br><br>            Plaintiff,<br><br>        v.<br><br>ADEIA INC., ADEIA MEDIA LLC, and ADEIA GUIDES, INC.<br><br>            Defendants. | Case No. 3:23-cv-06151-TLT-PHK<br><br>**JOINT STIPULATION OF DISMISSAL** |

1  Plaintiff X Corp. and Defendants Adeia Inc., Adeia Media LLC, and Adeia Guides, Inc.
2  (each a "Party," and collectively, the "Parties") hereby jointly notify the Court that the present action
3  has been resolved by agreement.
4  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby jointly stipulated by
5  the Parties, subject to the approval of the Court, that:
6  1. All claims in this case are hereby dismissed without prejudice;
7  2. Each Party shall bear its own fees, costs, and expenses; and
8  3. This stipulation is entered voluntarily, and neither the fact of the stipulation nor anything
9  contained herein is, or shall be construed as, an explicit or implied admission or evidence
10  relating to any issue associated with this action.

| | | |
|---|---|---|
|1| Dated: July 1, 2024 | Dated: July 1, 2024 |
|2| **KEKER, VAN NEST & PETERS LLP** | **IRELL & MANELLA LLP** |
|3| | |
|4| By:  */s/ David Silbert*<br>David Silbert | By:  */s/ Charlotte J. Wen*<br>Charlotte J. Wen |

DAVID SILBERT - # 173128
dsilbert@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
KRISTEN E. LOVIN - # 293688
klovin@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
EMILY A. HASSELBERG - # 326990
ehasselberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400

*Counsel for Plaintiff*
X CORP.

Benjamin W. Hattenbach (SBN 186455)
Charlotte J. Wen (SBN 313572)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
bhattenbach@irell.com
cwen@irell.com

A. Matthew Ashley (SBN 198235)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Telephone: (949) 760-0991
mashley@irell.com

*Counsel for Defendants*
ADEIA INC., ADEIA MEDIA LLC,
ADEIA GUIDES INC.

## ATTESTATION

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: July 1, 2024                    IRELL & MANELLA LLP


                                       By:  /s/ Charlotte J. Wen
                                              Charlotte J. Wen